## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED DEVELOPMENT FUNDING III, LP; | ) | |
| AND UNITED DEVELOPMENT FUNDING IV | ) | |
| 2201 W. Royal Lane, Suite 240 | ) | |
| Irving, Texas 75063 | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| U.S. SECURITIES AND | ) | |
| EXCHANGE COMMISSION | ) | |
| 100 F Street NE | ) | |
| Washington, D.C. 20549 | ) | |
| | ) | |
| Defendant. | ) | |

### COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1.    Plaintiffs United Development Funding III, LP ("UDF III") and United Development Funding IV ("UDF IV") (collectively "UDF") bring this action against Defendant U.S. Securities and Exchange Commission ("SEC") to compel compliance with the Freedom of Information Act, 5 U.S.C § 552 ("FOIA"), including obtaining access to records maintained by the SEC.

2.    The records at issue in this case concern the exhibits from the testimony sessions conducted by the Fort Worth Regional Office's investigation styled In the Matter of Hayman Capital (FW-4314) (the "SEC's Hayman Capital Investigation").

3.    As way of background, in June 2018, UDF and five of its executives entered into settlement agreements with the SEC.[1]  The settlements, once approved by the Court, resolved an

---

[1] See Mots. for Entry of Judgment, *Securities and Exchange Commission v. United Development Funding III, et al.*, No. 18-cv-1735 (filed July 3, 2018 N.D. Tex.), ECF. Nos. 4-6.

investigation by the SEC, which the SEC commenced on or around April 2014.  The SEC's investigation culminated in the filing of a settled complaint, which the SEC filed in the U.S. District Court for the Northern District of Texas, alleging that UDF had made untrue material statements, or omitted material facts, from January 2011 through December 2015 in connection with a series of investment funds (UDF III and UDF IV) that UDF operated during that period.[2] UDF and the individuals neither admitted nor denied the allegations contained in the settled complaint.  The district court entered consent judgments against UDF and the executives on July 31, 2018, resolving all outstanding issues as to all parties, and completely resolving the SEC's enforcement investigation and proceeding.[3]

4.       In 2014, around the same time that the SEC was investigating UDF, UDF became the target of a protracted campaign by Hayman Capital Management L.P. ("Hayman Capital"), led by founding principal Kyle Bass ("Bass"), to drive UDF's stock price as low as possible in order to maximize Hayman's and Bass's massive short position in UDF IV's NASDAQ traded shares.[4]  As a result of its short position, Hayman Capital stood to profit from a decline in UDF IV's stock price.[5]

---

[2] *See* Compl., *Securities and Exchange Commission v. United Development Funding III, et. al*, No. 18-cv-1735 (filed July 3, 2018 N.D. Tex.), ECF. No. 1.

[3] *See* Final Judgments, *Securities and Exchange Commission v. United Development Funding III, et. al*, No. 18-cv-1735 (filed July 31, 2018 N.D. Tex.), ECF. Nos. 11, 13, 15.

[4] UDF IV is one of the family of UDF Funds.  UDF IV was listed on the National Association of Securities Dealers Automated Quotations ("NASDAQ") exchange in July 2014.

[5] Hayman Capital eventually disclosed its short position in February 2016, nearly a year after it began to accumulate its short position, in a website it managed, called UDF Exposed. *See* https://udfexposed.com/disclaimer ("Hayman currently maintains a short position in the common stock of United Development Funding IV ('UDF').  Hayman will profit if the market price for common shares of UDF decline and, conversely, Hayman will lose money if the market price increases for the common shares of UDF.") (last visited January 25, 2019).

5.      On November 28, 2017, UDF filed a lawsuit against Hayman Capital and certain of its executives in Texas state court for disparagement and tortious interference arising from Hayman Capital's extended campaign to undermine UDF's reputation and market value.[6] Through discovery in that proceeding, UDF learned that employees and agents from Hayman Capital had extensive communications with the Staff of the SEC (the "Staff") concerning UDF during the same period that Hayman Capital was seeking to damage UDF's market value. Moreover, certain of those communications make clear that information Hayman Capital provided to the Staff related to the SEC's investigation of UDF; indeed, the communications concerned the same UDF funds and issues that were the subject of the SEC's aforementioned enforcement proceeding against UDF.

## I.      JURISDICTION AND VENUE

6.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552 (a)(4)(B) and 28 U.S.C § 1331.

7.      Venue in this district is proper pursuant to 5 U.S.C. § 552 (a)(4)(b).

## II.      PARTIES

8.      Plaintiff United Development Funding III, LP is a Delaware Limited Partnership with its partnership headquarters located at 2201 W. Royal Lane, Suite 240, Irving, Texas 75063.

9.      Plaintiff United Development Funding IV is a Maryland real estate investment trust with its headquarters located at 2201 W. Royal Lane, Suite 240, Irving, Texas 75063.

10.      Defendant SEC is a federal administrative agency within the meaning of 5 U.S.C. § 552(f)(1), with its principal place of business located at 100 F Street NE, Washington, DC

---

[6] *See* Pl.'s Original Petition, *United Development Funding, L.P. v. Bass, et al.*, No. CC-17-06253-B (filed Nov. 28, 2017 Dallas Cnty. Ct. Tex.).

20549.  Upon information and belief, the SEC has possession, custody, and control of the records, within the meaning of 5 U.S.C. § 552(f)(2), to which UDF seeks access.

### III.   LEGAL STANDARD

11.     FOIA "represents a strong legislative policy advocating broad disclosure of government records and exemptions under the Act are to be narrowly construed."  *Parker v. Equal Emp. Opportunity Comm'n*, 534 F.2d 977, 980 (D.C. Cir. 1976); *see also C.I.A. v. Sims,* 471 U.S. 159, 166 (1985) ("The mandate of the FOIA calls for broad disclosure of Government records").

12.     FOIA requires a federal administrative agency to promptly make available requested, non-exempt agency records in response to a request that (a) reasonably describes such records and (b) "is made in accordance with published rules stating the time, place, fees, . . . and procedures to be followed[.]" 5 U.S.C. § 552(a)(3)(A).

13.     In making available such records, fees applicable to processing requests shall be limited to reasonable standard charges for document duplication when records are sought by a "representative of the news media," defined as "any person or entity that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience."  5 U.S.C. § 552(a)(4)(ii); *see also* 17 CFR § 200.80(g)(2)(vi).  In contrast, other than those requests by representatives of the news media, educational institutions, or noncommercial scientific institutions, the SEC charges fees for processing (*i.e.*, document search and/or review) FOIA requests. 17 C.F.R. § 200.80(g)(3)(ii)(A).

14.     FOIA requires an agency to respond to a valid request within twenty (20) days (exempting Saturdays, Sundays, and legal public holidays) (hereinafter "business days") upon

receipt of such request, including notifying the requestor immediately of its determination, the reasons therefor, and the right to appeal any adverse determination. 5 U.S.C. § 552(a)(6)(A)(i); *see also* 17 C.F.R. § 200.80(d)(2).

15.     In certain circumstances, an agency may instead provide notice to the requester that "unusual circumstances" merit additional time—up to an additional ten (10) business days—to respond to the request. 5 U.S.C. § 552(a)(4)(viii)(II)(aa); *see also* 17 C.F.R. § 200.80(d)(5).  In the event the agency provides notice to the requester of "unusual circumstances," and that it is not able to respond to the records request within the statutory deadline, the agency must provide the requester "an opportunity to arrange with the agency an alternative time frame for processing the request."  5 U.S.C. § 552(a)(6)(B)(ii); *see also* 17 C.F.R. § 200.80(d)(5).

16.     If an agency does not respond to a FOIA request by the statutory deadline, the requester is deemed to have exhausted administrative remedies and may immediately pursue judicial review.  5 U.S.C. § 552(a)(6)(C)(i).

## IV.     STATEMENT OF FACTS

### A.     UDF's Initial FOIA Request.

17.     On April 26, 2022, UDF submitted to the SEC a FOIA request seeking materials related to the SEC's Hayman Capital Investigation.  UDF's FOIA request centrally focused on communications between Staff and Hayman Capital relating to the SEC's Hayman Capital Investigation.  In addition, UDF requested all testimony transcripts and exhibits related to the SEC's Hayman Capital Investigation.  *See* Ex. A.

18.     UDF's counsel promptly established a line of communication with Tina L. Churchman, the FOIA Research Analyst in the Office of Support Operations assigned to the

April 26, 2022 FOIA request, and has corresponded with her by email and by phone over a dozen times following submission of the FOIA request.  *See e.g.*:

- Ex. B – August 2, 2022 email from Ms. Churchman to Fort Worth Regional Office enforcement attorney Dwight (Tom) Keltner requesting a status update and stating that "the FOIA office is still consulting with other staff regarding the request, and unfortunately, I could not provide a completion date."
- Ex. C – September 2, 2022 email from Ms. Churchman stating, "We are still consulting with the regional office.  I reached out to our liaison for a status / tentative response date and am awaiting a response."
- Ex. D – October 13, 2022 letter from Ms. Churchman informing UDF's counsel that the Office of FOIA Services "will be unable to respond to the request within the twenty day statutory time period, ***as there are unusual circumstances which impact on our ability to quickly process your request***." (emphasis added) . . . "Investigatory records generally consist of transcripts of testimony, exhibits, and miscellaneous evidentiary materials."  The letter further informed UDF's counsel that the Office of FOIA Services had identified 7.6 GB of electronically stored records that may be responsive to UDF's FOIA request.  And went on to say that, "you may want to consider narrowing the scope of your request.  At present we anticipate that it may take ***thirty-six months or more before we can begin to process a request placed in our Complex track***." (emphasis added).
- Ex. E – November 1, 2022 email from Ms. Churchman informing UDF's counsel, among other things, that there are two testimony transcripts responsive to UDF's FOIA request for records in connection with In the Matter of Hayman Capital (FW-4313).  Ms. Churchman and UDF's counsel discussed by phone the likelihood that the Fort Worth Regional Office maintained some form of document listing that would be instrumental in assisting UDF's counsel narrow the scope of the requests in order to avoid Complex Track designation and have to wait at least three years before the Office of FOIA Services even began its review of the potentially responsive information.

**B.     UDF's Narrowed FOIA Request for Two (2) Transcripts.**

19.     On November 1, 2022, following the advice of the Office of FOIA Services, UDF submitted a second FOIA request requesting only the two transcripts from the SEC's Hayman Capital Investigation.  *See* Ex. F.  Based on the information provided by the Office of FOIA Services, this should have resulted in the production of just two documents.

20.     On that same day, the SEC acknowledged receipt of the November 1, 2022 FOIA request, assigned it Case #23-00207, and advised that the request "will be assigned to a Research Specialist for processing and you will be notified of findings as soon as possible." *See* Ex. G.

21.     In the letter, without identifying any "unusual circumstances" permitting a 10-day extension of the 20-business day deadline for rendering a "determination" on the November 1, 2022 request, the SEC stated, "If you do not receive a response after thirty business days from when we received your request, you have the right to seek dispute resolution services from an SEC FOIA Public Liaison or the Office of Government Information Services (OGIS)." *Id.*

22.     On January 5, 2023, UDF's counsel once again reached out to Ms. Churchman requesting a status update. Ms. Churchman responded that she had no update. *See* Ex. H.

**C.     UDF's Administrative Appeals**

23.     On January 17, 2023, after fifty-one (51) business days since UDF's counsel submitted the November 1, 2022 FOIA request seeking two transcripts in connection with the SEC's Hayman Capital Investigation, UDF's counsel filed an appeal to the Office of FOIA Services. *See* Ex. I.[7]

24.     On February 14, 2023, the SEC continued to delay their response by denying UDF's appeal and referring the request back to the Office of FOIA Services for further review and consultation. *See* Ex. J.

25.     Once again, UDF's counsel promptly established a line of communication with Sonja Osborne, the newly assigned Research Analyst, and has corresponded with her by email and phone over a dozen times since UDF's FOIA appeal was denied and the November 1, 2022 FOIA request was returned to the Office of FOIA Services. *See e.g.*:

---

[7] The Exhibits attached to UDF's January 17, 2023 Appeal are also attached to this complaint as Exhibits A-H, but have not been reprinted after Exhibit I in order to reduce the burden on the Court.

- <u>Ex. K</u> – On February 16, 2023, Ms. Osborne and UDF's counsel discussed by phone that the requested transcripts would be received on or before March 16, 2023.
- <u>Ex. L</u> – March 23, 2023 email from Ms. Osborne, stating "I apologize for the delay in our response.  Your request is actively being processed. My best estimate for a date of completion would be April 21, 2023."
- <u>Ex. M</u> – March 30, 2023 email from Ms. Osborne, stating "I am processing your request."
- <u>Ex. N</u> – April 11, 2023 email from Ms. Osborne, stating "no change at this time."
- <u>Ex. O</u> – April 20, 2023 email from Mark Tallarico, Senior Counsel in the SEC's Office of the General Counsel, stating "I will reach out to the FOIA staff about your timing concerns and ask that they complete their review of the transcripts as expeditiously as possible."
- <u>Ex. P</u> – May 4, 2023 email from Carmen Mallon, Branch Chief Office of FOIA Services for the SEC, stating "at this point we are still in review and consultation and are working toward the May 24, 2023 deadline."
- <u>Ex. Q</u> – On May 25, 2023, the SEC issued a Final Reference letter regarding UDF's related FOIA Request No. 22-01760-FOIA, but did not make any reference to the November 1, 2022 FOIA Request or the transcripts.
- <u>Ex. R</u> – June 6, 2023 email from Ms. Osborne, stating "we are still in the consultation process and are working toward finalizing your request."
- <u>Ex. S</u> – June 13, 2023 email from Ms. Osborne, stating "we are still in the consultation process.  Although, at this time I am unable to provide an anticipated completion date, we are working towards finalizing your request."

26.     On July 3, 2023, one hundred and sixty-seven (167) business days since UDF submitted its November 1, 2022 FOIA request seeking two (2) transcripts and ninety-seven (97) business days since receiving the denial of its first appeal, UDF's counsel filed a second appeal for constructive denial to the Office of FOIA Services.  *See* Ex. T.[8]

27.      On July 24, 2023, once again, the SEC continued to delay their response by denying UDF's appeal and referring the request back to the Office of FOIA Services for further review and consultation.  *See* Ex. U.  On that same day, an email from Mr. Tallarico stated that he could not provide an estimated date of completion and included Ms. Osborne on the email to provide a "better estimate" of when a decision can be expected.  *See* Ex. V.

---

[8] The Exhibits attached to UDF's July 3, 2023 Appeal are also attached to this complaint as Exhibits A-S, but have not been reprinted after Exhibit T in order to reduce the burden on the Court.

28.     The next day, Ms. Osborne replied "we are in the consultation process and at this time my best estimate for a date of completion would be September 1, 2023."  *See* Ex. W.  This would have been two hundred and ten *(210)* business days since UDF submitted its November 1, 2022 FOIA request.  At no time has the SEC informed UDF that "unusual circumstances" exist, such that a delay may be warranted.  5 U.S.C. § 552(a)(4)(viii)(II)(aa); 17 C.F.R. § 200.80(d)(5).

**D.     UDF's Lawsuit due to SEC's Continued Inability to Timely Respond to UDF's FOIA Request for Two (2) Transcripts.**

29.     On August 8, 2023, UDF filed a lawsuit in United States District Court for The District of Columbia for the SEC's failure to comply with FOIA in UDF's request for the testimony transcripts. *See Case 1:23-cv-02294-TNM United Development Funding III, L.P et al v. U.S. Securities and Exchange Commission* (the "Transcript Litigation")*.*

30.     In response to the lawsuit, the SEC finally, after two hundred and nine (*209*) business days, provided the two transcripts on August 31, 2023. However, the SEC heavily redacted the transcripts and did not include any of the exhibits referenced in the transcripts.  The Transcript Litigation is currently ongoing with the parties engaged in additional rounds of progressively less redacted production to determine whether a resolution is possible.

**E.     UDF's Narrowed FOIA Request for the Exhibits From the Testimony Sessions, Including the Missing Exhibits From the Two (2) Transcripts Already Produced on August 31, 2023.**

31.     On September 7, 2023, UDF submitted to the SEC a FOIA request seeking exhibits from the testimony sessions, including the missing exhibits from the two (2) transcripts already produced on August 31, 2023.  *See* Ex. X.

32.     The following day, the SEC acknowledged receipt of the September 7, 2023 FOIA request, assigned it Case #23-03444, and advised that the request "will be assigned to a

Research Specialist for processing and you will be notified of findings as soon as possible." *See* Ex. Y.

33.     UDF's counsel promptly established a line of communication with Joan Lelma, the newly assigned Research Analyst, and has corresponded with her and other SEC FOIA and Office of General Counsel staff regarding this FOIA request by email and by phone over ten times since submitting the FOIA request.  *See e.g.*:

- <u>Ex. Z</u> – October 10, 2023 email from Ms. Lelma seeking clarification regarding UDF's September 7, 2023 FOIA request.
- <u>Ex. AA</u> – On October 23, 2023, in a letter, the SEC identified "unusual circumstances" permitting a 10-day extension of the 20-business day deadline for rendering a "determination" on the September 7, 2023 FOIA request. Again, the SEC failed to specify the nature of these "unusual circumstances."  The SEC stated, "we will advise you of our findings, as soon as we receive a response [from the Commission staff]." *Id.*
- <u>Ex. AB</u> – Also on October 23, 2023, and after sending the "unusual circumstances email" letter, Ms. Lelma stated in an email that the SEC did "not have an estimated date of completion at this time.  However, based on my research, the Office of FOIA Services (OFS) will consult with one of our program offices concerning any records that might be responsive to your request.  I will be able to provide you with an estimated date of completion after we have received a response from our program office."  *See* Ex. AB.  That is, the SEC Office of FOIA Services exercised its "unusual circumstances" extension authority under FOIA with no explanation of the unusual circumstances at issue *and* without any idea of when it may actually be able to respond to a limited (and targeted) request.
- <u>Ex. AC</u> – December 12, 2023 email from Ms. Lelma, after the expiration of the extension, stating that the SEC was still working on the September 7, 2023 FOIA request and are in the process of "collecting information concerning the volume of the records."
- December 13, 2023, on a call with UDF's Counsel, Lizzette Katilius, Branch Chief of the SEC's Office of FOIA Services, informed UDF's Counsel the SEC had identified 45 exhibits as responsive to UDF's September 7, 2023 FOIA request. Ms. Katilius further informed UDF's counsel that the size of the first 18 exhibits was known, but they had not yet ascertained the size of the remaining 27 exhibits because they were stored off-site.  Over three (3) months after the original FOIA request for the exhibits, the SEC's Fort Worth Regional Office had still not even retrieved the exhibits *or* made them available to the SEC's FOIA Office to begin their review.
- December 14, 2023, on a call with UDF's Counsel, Ms. Katilius confirmed that the exact size of the remaining exhibits is still unknown and, as a result, the

timing and production of responsive records could not be determined.  *See* Ex. AD.

34.     To date, sixty-five (65) business days since UDF's September 7, 2023 FOIA request and thirty-seven (37) business days since the SEC's October 23, 2023 extension notification, UDF has received no definitive correspondence from the SEC concerning when it intends to produce the exhibits from the Hayman Capital Investigation testimony sessions, including the missing exhibits from the two (2) transcripts already produced on August 31, 2023.

35.     UDF has unnecessarily and repeatedly been forced to expend resources to prosecute this action.

## V.      CLAIMS FOR RELIEF

### Count I

### Failure to Comply with Statutory Deadlines in Violation of FOIA, 5 U.S.C. § 552(a)(6)

36.     Plaintiffs reallege and fully incorporates by reference each of the foregoing allegations, contained in paragraphs 1-35, as if fully set forth herein.

37.     To date, the SEC has failed to respond to the September 7, 2023 FOIA request identified above.

38.     More than 20 business days have passed since the September 7, 2023 FOIA request was received by the SEC, as confirmed in the September 8, 2023 letter.  *See supra* ¶ 32. *See also* Ex. X.

39.     FOIA requires the SEC to have provided a final determination within 20 business days of the request.   The SEC may extend this 20-day period in the event of "unusual circumstances," as defined by 5 U.S.C. § 522(a)(6)(B)(iii), for a maximum of 10 business days, but most provide UDF with notice to do so.   *See* 5 U.S.C.§§ 552(a)(4)(A)(viii)(II)(aa), 552(a)(6)(B)(ii); *see also* 17 C.F.R. §§ 200.80(d)(2), (d)(5).

40.     The SEC failed to provide a final determination within 20 business days of the September 7, 2023 FOIA Request.  *See* 5 U.S.C. § 552(a)(6).

41.     The SEC failed to provide notice of "unusual circumstances" that would extend its 20-day response period.  *See* 5 U.S.C.§§ 552(a)(4)(A)(viii)(II)(aa), 552(a)(6)(B)(ii).

42.     The SEC has thus failed to timely make the statutorily required determination on UDF's September 7, 2023 FOIA request, in violation of FOIA.  *See* 5 U.S.C.§ 552(a)(6).

43.     UDF will be adversely affected by the SEC's continuing failure to timely render a final determination as to the September 7, 2023 FOIA request.

44.     UDF has constructively exhausted all administrative remedies required by FOIA as to the September 7, 2023 FOIA request.  *See* 5 U.S.C. § 552(a)(6)(C)(i).

45.     UDF is entitled to declaratory and injunctive relief in connection with the SEC's unlawful failure to make a determination as to the September 7, 2023 FOIA request for exhibits from the testimony sessions, including the missing exhibits from the two (2) transcripts already produced on August 31, 2023..  *See* 5 U.S.C. § 552(a)(6).

## **Count II**

### **Unlawful Withholding of Agency Records in Violation of FOIA, 5 U.S.C. § 522(a)(3)**

46.     Plaintiffs reallege and incorporate by reference each of the foregoing allegations, contained in paragraphs 1-35, as if fully set forth herein.

47.     FOIA requires the SEC to process record requests and promptly provide the requested records or the reasonably segregable portion of the records not subject to a FOIA exemption.  5 U.S.C. § 552(a)(3)(B).

48.     However, the SEC has neither provided UDF any responsive documents in response to its September 7, 2023 FOIA request, nor has it claimed that any responsive records are exempt from disclosure.

49.     UDF is entitled to declaratory and injunctive relief in connection with SEC's unlawful failure to timely produce responsive records as to its September 7, 2023 FOIA request.

## **RELIEF REQUESTED**

**WHEREFORE,** Plaintiffs pray that this Court:

A.  Declare that the SEC failed to make timely determination of UDF's September 7, 2023 FOIA request, in violation of FOIA, 5 U.S.C. § 552(a)(6)(A)(i);

B.  Declare that the SEC failed to promptly provide records responsive to UDF's September 7, 2023 FOIA request, in violation of FOIA, 5 U.S.C. § 552(a)(3);

C.  Order the SEC to immediately conduct a reasonable search for all responsive records, as required by FOIA, 5 U.S.C. § 552(a)(3)(C);

D.  Order the SEC to provide a determination to UDF's September 7, 2023 FOIA request within seven (7) days, as required by FOIA, 5 U.S.C. § 552(a)(6)(A)(i);

E.  Order the SEC to disclose to UDF within fourteen (14) days all responsive, non-exempt records, as required by FOIA, 5 U.S.C. § 552(a)(3);

F.  Award UDF its costs and reasonably attorneys' fees incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

G.  Grant such other relief as the Court may deem just and proper.

Dated: December 21, 2023

Respectfully submitted,

*/s/ Johnjerica Hodge*
Johnjerica Hodge
D.C. Bar No. 1049048
**KATTEN MUCHIN ROSENMAN LLP**
1919 Pennsylvania Avenue NW – Suite 800
Washington, DC 20006-3404
Telephone: (202) 625-3500
Facsimile:  (202) 298-7570
johnjerica.hodge@katten.com

Ryan J. Meyer, *pro hac vice forthcoming*
Grace A. Caputo, *pro hac vice forthcoming*
**KATTEN MUCHIN ROSENMAN LLP**
2121 N. Pearl St., Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
ryan.meyer@katten.com
grace.caputo@katten.com

# EXHIBIT A

| | |
|---|---|
| **From:** | Howell, Barrett R. |
| **To:** | "foiapa@sec.gov" |
| **Cc:** | Dwight Thomas Keltner (KeltnerD@SEC.GOV); Meyer, Ryan J.; Yogeshwarun, Nikita |
| **Subject:** | FOIA RECORDS REQUEST |
| **Date:** | Tuesday, April 26, 2022 12:14:36 PM |
| **Attachments:** | FOIA Records Request (3.31.22).pdf |
| **Importance:** | High |

Ladies and Gentlemen:

Please see the attached FOIA records request, which was originally transmitted by facsimile on March 31, 2022.  In an abundance of caution, I am electronically resubmitting this request to ensure it is received and logged into the PAL system.  Please do not hesitate to contact me with any questions; I welcome an interactive dialogue pursuant to which we can hopefully make the process of obtaining the requested records as efficient as possible.

Very kind regards,
Barrett

**Barrett R. Howell**
Partner

## Katten

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

# Katten

**2121 North Pearl Street**
**Suite 1100**
**Dallas, TX  75201-2591**
**+1.214.765.3600 tel**
**katten.com**

**BARRETT R. HOWELL**
barrett.howell@katten.com
+1.214.765.3681 direct
+1.214.765.3602 fax

## FREEDOM OF INFORMATION ACT REQUEST

March 31, 2022

**<u>Via Express Mail</u>**
Office of FOIA Services
100 F Street NE
Mail Stop 2465
Washington, DC 20549-2465

Ladies and Gentlemen:

This is a request under the Freedom of Information Act pursuant to Commission Rule 83 (17 CFR § 200.83) for the following documents (or documents containing the following information):

1.  All documents associated with the United States Securities and Exchange Commission's (the "SEC") investigation in the Matter of Hayman Capital, FW-4313 (which is defined to include all current and former employees, principals, agents, affiliates, and related-parties, "Hayman Capital").

2.  All communications associated with the United States Securities and Exchange Commission's (the "SEC") investigation in the Matter of Hayman Capital, FW-4313 (which is defined to include all current and former employees, principals, agents, affiliates, and related-parties, "Hayman Capital").

3.  All testimony transcripts related to the United States Securities and Exchange Commission's (the "SEC") investigation in the Matter of Hayman Capital, FW-4313 (which is defined to include all current and former employees, principals, agents, affiliates, and related-parties, "Hayman Capital").

4.  All exhibits associated with the United States Securities and Exchange Commission's (the "SEC") investigation in the Matter of Hayman Capital, FW-4313 (which is defined to include all current and former employees, principals, agents, affiliates, and related-parties, "Hayman Capital").

I am willing to incur fees associated with fulfilling this request up to a maximum of $5,000.  If you estimate that the fees will exceed this limit, please inform me first.  Please let me know if there is any additional information I can provide to facilitate your response to this request.

# Katten

Office of FOIA Services
March 31, 2022
Page 2

Very kind regards,

Barrett Howell

cc:     Dwight Tom Keltner (*KeltnerD@sec.gov*)

# EXHIBIT B

| | |
|---|---|
| **From:** | Churchman, Tina |
| **To:** | Keltner, Dwight(Tom) |
| **Cc:** | Howell, Barrett R. |
| **Subject:** | Regarding FOIA Request 22-01760-FOIA - Status as of 8/2/22 |
| **Date:** | Tuesday, August 2, 2022 3:36:48 PM |
| **Attachments:** | BRHowell 22-01760-FOIA (1).pdf |

*EXTERNAL EMAIL – EXERCISE CAUTION*

Good afternoon Mr. Keltner,

I am processing the attached FOIA request received in this office on April 26, 2022, from Mr. Howell seeking document concerning the Matter of Hayman Capital (FW-04313).  Mr. Howell contacted me today for a status of his pending FOIA request.  During our conversation, I informed Mr. Howell, that the FOIA office is still consulting with other staff regarding the request, and unfortunately, I could not provide a completion date. However, I would send a status inquiry to the regional office for an update.   Mr. Howell asked me if I could add your name to the outgoing status inquiry.  I informed him that FOIA correspondence between offices is part of our FOIA record and that I would send you  and himself the request details in a separate email.


Please contact me if you have any additional questions or concerns.

Regards,

*Tina L. Churchman*
*U.S. Securities & Exchange Commission*
*the Office of Support Operations (OSO)*
*Station Place II, 100 F. Street, N.E.*
*Washington, DC 20549*
*churchmant@sec.gov*
*(202) 551-8330*

RECEIVED
APR 26, 2022
OFFICE OF FOIA
SERVICES

| | |
|---|---|
| **From:** | Howell, Barrett R. |
| **To:** | foiapa |
| **Cc:** | Keltner, Dwight(Tom); Meyer, Ryan J.; Yogeshwarun, Nikita |
| **Subject:** | FOIA RECORDS REQUEST |
| **Date:** | Tuesday, April 26, 2022 1:16:16 PM |
| **Attachments:** | FOIA Records Request (3.31.22).pdf |
| **Importance:** | High |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ladies and Gentlemen:

Please see the attached FOIA records request, which was originally transmitted by facsimile on March 31, 2022.  In an abundance of caution, I am electronically resubmitting this request to ensure it is received and logged into the PAL system.  Please do not hesitate to contact me with any questions; I welcome an interactive dialogue pursuant to which we can hopefully make the process of obtaining the requested records as efficient as possible.

Very kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

```
=========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information
intended for the exclusive
use of the individual or entity to whom it is addressed and may contain
information that is
proprietary, privileged, confidential and/or exempt from disclosure under
applicable law.  If you
are not the intended recipient, you are hereby notified that any viewing,
copying, disclosure or
distribution of this information may be subject to legal restriction or
sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and
delete the original
message without making any copies.
=========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability
partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
=========================================================
```

# EXHIBIT C

| | |
|---|---|
| **From:** | Churchman, Tina |
| **To:** | Howell, Barrett R. |
| **Subject:** | RE: Regarding FOIA Request 22-01760-FOIA - Status as of 9/2/22 |
| **Date:** | Friday, September 2, 2022 6:49:33 AM |

*EXTERNAL EMAIL – EXERCISE CAUTION*

Mr. Howell,

Thank you for your inquiry.  We are still consulting with the regional office.  I reached out to our liaison for a status / tentative response date and am awaiting a response.  I will advise you as soon as I have a response.

I apologize for the continued delay.  Thank you for your patience.

In the interim, please contact me if you have any additional questions or concerns.

Regards,

*Tina L. Churchman*
*U.S. Securities & Exchange Commission*
*the Office of Support Operations (OSO)*
*Station Place II, 100 F. Street, N.E.*
*Washington, DC 20549*
*churchmant@sec.gov*
*(202) 551-8330*

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Thursday, September 1, 2022 3:22 PM
**To:** Churchman, Tina <ChurchmanT@SEC.GOV>
**Subject:** RE: Regarding FOIA Request 22-01760-FOIA - Status as of 8/2/22

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Tina,

It's been a minute since we last spoke, I hope you are doing well.  I'm also really hoping you've heard something from the Fort Worth SEC Office regarding my FOIA request??  If more convenient, I'm happy to call you this afternoon or tomorrow morning in hopes of hearing there's been some progress?

Thank you ma'am,
Barrett

**Barrett R. Howell**
Partner

## Katten

Katten Muchin Rosenman LLP
2121 N. Pearl Street, Suite 1100 | Dallas, TX 75201
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Churchman, Tina <ChurchmanT@SEC.GOV>
**Sent:** Tuesday, August 2, 2022 3:24 PM
**To:** Keltner, Dwight(Tom) <keltnerd@SEC.GOV>
**Cc:** Howell, Barrett R. <barrett.howell@katten.com>
**Subject:** Regarding FOIA Request 22-01760-FOIA - Status as of 8/2/22

*EXTERNAL EMAIL – EXERCISE CAUTION*
Good afternoon Mr. Keltner,

I am processing the attached FOIA request received in this office on April 26, 2022, from Mr. Howell seeking document concerning the Matter of Hayman Capital (FW-04313).  Mr. Howell contacted me today for a status of his pending FOIA request. During our conversation, I informed Mr. Howell, that the FOIA office is still consulting with other staff regarding the request, and unfortunately, I could not provide a completion date. However, I would send a status inquiry to the regional office for an update.   Mr. Howell asked me if I could add your name to the outgoing status inquiry.  I informed him that FOIA correspondence between offices is part of our FOIA record and that I would send you  and himself the request details in a separate email.


Please contact me if you have any additional questions or concerns.

Regards,

*Tina L. Churchman*
*U.S. Securities & Exchange Commission*
*the Office of Support Operations (OSO)*
*Station Place II, 100 F. Street, N.E.*
*Washington, DC 20549*
*churchmant@sec.gov*
*(202) 551-8330*

=========================================================

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information
intended for the exclusive
use of the individual or entity to whom it is addressed and may contain
information that is
proprietary, privileged, confidential and/or exempt from disclosure under
applicable law.  If you
are not the intended recipient, you are hereby notified that any viewing,
copying, disclosure or
distribution of this information may be subject to legal restriction or
sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and
delete the original
message without making any copies.
============================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability
partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
============================================================

# EXHIBIT D



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC  20549-2465

**Office of FOIA Services**

October 13, 2022

Mr. Barrett R. Howell
Katten Muchin Rosenman LLP
2121 North Pearl Street
Suite 1100
Dallas, TX 75201

     RE:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
         Request No. **22-01760-FOIA**

Dear Mr. Howell:

    Reference is made to your request, dated and received in this office on April 26, 2022, for information concerning in the Matter of Hayman Capital, FW-4313.

    We will be unable to respond to your request within the Freedom of Information Act's twenty day statutory time period, as there are unusual circumstances which impact on our ability to quickly process your request. Therefore, we are invoking the 10 day extension. These unusual circumstances are: (a) the need to search for and collect records from an organization geographically separated from this office; (b) the potential volume of records responsive to your request; and (c) the need for consultation with one or more other offices having a substantial interest in either the determination or the subject matter of the records. For these reasons, we will process your case consistent with the order in which we received your request.

    We have identified 7.6 GB of electronically stored records (equivalent to approximately 61 boxes[1]) concerning Hayman Capital (FW-4313) that may be responsive to your request.  Under the FOIA, you are considered a "Commercial Use" requester.  As such, you are required to pay for search and review costs in accordance with our fee schedule.[2]  Search and review time is

---

[1] Please note that estimating the box equivalent of electronic data is not a precise measurement; consequently, the exact number of boxes may be more or less than estimated here.
[2] In accordance with the fee provisions of the FOIA Improvement Act of 2016, all search time will be waived in this instance. Therefore, you will only be charged for review fees.

Mr. Barrett R. Howell                              22-01760-FOIA
October 13, 2022
Page Two


charged in quarter hour increments at a rate of $29.00/hour (SK-8 or below), $61.00/hour (SK-9 to SK-13), and $89.00/hour (SK-14 or above).  The standard per hour cost for search and review time is $61.00.

We typically estimate that it will take approximately 4 to 8 hours to review one box of records (approximately 2,500 pages) for responsiveness and releasability under the FOIA.  Therefore, our preliminary estimate at this point to review the approximately 61 boxes of records is between 244 and 488 hours.

Since the records are voluminous, if requested, we would process them in our Complex track.  Under 5 U.S.C. § 552(a)(6)(D)(i) agencies may provide for multi-track processing of requests for records based on the amount of work or time (or both) involved in processing requests.  The SEC's regulation Implementing multi-track processing is located at 17 CFR § 200.80(d)(4).

Investigatory records generally consist of transcripts of testimony, exhibits, and miscellaneous evidentiary materials. Therefore, you may want to consider narrowing the scope of your request.

At present we anticipate that it may take thirty-six months or more before we can begin to process a request placed in our Complex track.

If you are interested in having us place your request in our Complex Track, or narrowing your request to possibly avoid the Complex track, please write or call me by **November 28, 2022**, and identify the records of interest to you.  Note, you will be charged review fees even if the data located is subsequently determined to be exempt under the FOIA.  Please be advised that if we do not hear from you within this time period, we will assume that you have elected not to pursue your request, and it will be administratively closed.

If you have any questions, please contact me at churchmant@sec.gov or (202) 551-8330.  You may also contact me at foiapa@sec.gov or (202) 551-7900.  You may also contact the

Mr. Barrett R. Howell                                22-01760-FOIA
October 13, 2022
Page Three


SEC's FOIA Public Service Center at foiapa@sec.gov or (202) 551-
7900.  For more information about the FOIA Public Service Center
and other options available to you please see the attached
addendum.


                    Sincerely,


                    *Tina Churchman*
                    Tina Churchman
                    FOIA Research Specialist


Enclosure

# ADDENDUM

For further assistance you can contact a SEC FOIA Public Liaison by calling (202) 551-7900 or visiting https://www.sec.gov/oso/help/foia-contact.html.

SEC FOIA Public Liaisons are supervisory staff within the Office of FOIA Services.  They can assist FOIA requesters with general questions or concerns about the SEC's FOIA process or about the processing of their specific request.

In addition, you may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA dispute resolution services it offers.  OGIS can be reached at 1-877-684-6448 or via e-mail at ogis@nara.gov.  Information concerning services offered by OGIS can be found at their website at Archives.gov. Note that contacting the FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.

# EXHIBIT E

| | |
|---|---|
| **From:** | Churchman, Tina |
| **To:** | Howell, Barrett R. |
| **Subject:** | RE: FOIA Status - 22-01760-FOIA - Follow-up to telephone call |
| **Date:** | Tuesday, November 1, 2022 7:17:13 AM |

*EXTERNAL EMAIL – EXERCISE CAUTION*

Mr. Howell,

It was a pleasure speaking with you yesterday in reference to the above noted FOIA request concerning the volume of potential records in the Matter FW-04313 (dated May 2019 through January 2022), would require processing in our Complex track que.  Per our conversation,
we discussed various options in an effort to narrow the scope of the potential records. During our conversation, I advised you that specific search terms such as (specific subjects/names, dates range, To/From and/or email domain name, etc.), would assist in narrowing the
volume of potential records.  Listed below are some of the options we discussed. You were also going to discuss these options and any others with your client.

- A specific / narrowed date range;
- Transcripts; there are 2
- Records relating to United Development Funding,
- Email correspondence;

Note, I contacted our liaison to inquire about a document listing, I will advise you as soon as I have a response.

In the interim, please, contact me to discuss any questions you may have.

Kindest Regards,

*Tina L. Churchman*
*U.S. Securities & Exchange Commission*
*the Office of Support Operations (OSO)*
*Station Place II, 100 F. Street, N.E.*
*Washington, DC 20549*
*churchmant@sec.gov*
*(202) 551-8330*

---

**From:** Churchman, Tina
**Sent:** Friday, October 28, 2022 4:40 PM
**To:** 'Howell, Barrett R.' <barrett.howell@katten.com>
**Subject:** RE: FOIA Status - 22-01760-FOIA

Happy Friday Mr. Howell,

Via the attached correspondence emailed to you on October13th, I informed you of the volume of potentially responsive records.

Please, let me know how you would like us to proceed or if you would like to discuss any questions you may have, I will be available on Tuesday, November 1, 2022.

Have a great weekend.

Kindest Regards,

*Tina L. Churchman*
*U.S. Securities & Exchange Commission*
*the Office of Support Operations (OSO)*
*Station Place II, 100 F. Street, N.E.*
*Washington, DC 20549*
*churchmant@sec.gov*
*(202) 551-8330*

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Friday, October 28, 2022 4:08 PM
**To:** Churchman, Tina <ChurchmanT@SEC.GOV>
**Subject:** FOIA Status

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Tina, any update on my FOIA request?

**Barrett R. Howell**
Partner

**Katten**

Katten Muchin Rosenman LLP
2121 N. Pearl Street, Suite 1100 | Dallas, TX 75201
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

```
==========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information
intended for the exclusive
use of the individual or entity to whom it is addressed and may contain
information that is
proprietary, privileged, confidential and/or exempt from disclosure under
applicable law.  If you
are not the intended recipient, you are hereby notified that any viewing,
copying, disclosure or
```

distribution of this information may be subject to legal restriction or
sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and
delete the original
message without making any copies.
=============================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability
partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
=============================================================

# EXHIBIT F

# Katten

2121 North Pearl Street
Suite 1100
Dallas, TX 75201-2591
+1.214.765.3600 tel
katten.com

BARRETT R. HOWELL
barrett.howell@katten.com
+1.214.765.3681 direct
+1.214.765.3602 fax

## FREEDOM OF INFORMATION ACT REQUEST

November 1, 2022

**Via Express Mail**
Office of FOIA Services
100 F Street NE
Mail Stop 2465
Washington, DC 20549-2465

Ladies and Gentlemen:

This is a request under the Freedom of Information Act pursuant to Commission Rule 83 (17 CFR § 200.83) for the following documents (or documents containing the following information):

1. All transcripts associated with the United States Securities and Exchange Commission's investigation styled In the Matter of Hayman Capital, FW-4313.

I am willing to incur fees associated with fulfilling this request up to a maximum of $5,000. If you estimate that the fees will exceed this limit, please inform me first. Please let me know if there is any additional information I can provide to facilitate your response to this request.

Very kind regards,

Barrett Howell

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

# EXHIBIT G



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC  20549-2465

**Office of FOIA Services**

November 1, 2022

Mr. Barrett R. Howell Partner
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100
Dallas, TX 75201

      Re:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
           Request No. **23-00207-FOIA**

Dear Mr. Howell:

This letter is an acknowledgment of your FOIA request dated November 1, 2022, and received in this office on November 1, 2022, for records regarding all transcripts associated with the United States Securities and Exchange Commission's investigation styled In the Matter of Hayman Capital, FW-4313.

Your request has been assigned tracking number 23-00207-FOIA.  Your request will be assigned to a Research Specialist for processing and you will be notified of the findings as soon as possible.  If you do not receive a response after thirty business days from when we received your request, you have the right to seek dispute resolution services from an SEC FOIA Public Liaison or the Office of Government Information Services (OGIS).  A list of SEC FOIA Public Liaisons can be found on our agency website at https://www.sec.gov/oso/contact/foia-contact.html.  OGIS can be reached at 1-877-684-6448 or Archives.gov or via email at ogis@nara.gov.

In the interim, if you have any questions about your request, you may contact this office by calling (202) 551-7900, or sending an e-mail to foiapa@sec.gov.  Please refer to your tracking number when contacting us.

For additional information, please visit our website at www.sec.gov and follow the FOIA link at the bottom.

          Sincerely,

          Office of FOIA Services

# EXHIBIT H

| | |
|---|---|
| **From:** | Churchman, Tina |
| **To:** | Howell, Barrett R. |
| **Cc:** | Meyer, Ryan J. |
| **Subject:** | RE: Acknowledgement Letter FOIA-PA (002).pdf |
| **Date:** | Thursday, January 5, 2023 1:47:24 PM |

*EXTERNAL EMAIL – EXERCISE CAUTION*

Mr. Howell,

Happy New Year to you as well.

I apologize for the delay. I was on leave for the holidays.  Unfortunately, we have not received the docket listing or verification that the listing exist. I sent another status inquiry to the regional office and am awaiting a response.

I left you a voicemail, please contact me at your convenience.

Regards,

*Tina L. Churchman*
*U.S. Securities & Exchange Commission*
*the Office of Support Operations (OSO)*
*Station Place II, 100 F. Street, N.E.*
*Washington, DC 20549*
*churchmant@sec.gov*
*(202) 551-8330*

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Thursday, January 5, 2023 10:27 AM
**To:** Churchman, Tina <ChurchmanT@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** Acknowledgement Letter FOIA-PA (002).pdf

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tina:

Happy New Year!  I hope you had a wonderful holiday.  I have not received anything since the attached acknowledgement letter in response to my subsequent FOIA request for the transcripts.  I'm planning on sending the below email to OGIS in hopes of expediting some kind of action in response to my request.  Before I send the below email, I just want to make sure you don't have any updates that may help shed some light on the situation?  I hope you are well and I look forward to hearing from you.

Thank you,
Barrett

---

OGIS:

Please see the attached acknowledgement letter I received in response to my FOIA request submitted on November 1, 2022.  As it has been 41 business days since my request was submitted, we are now well outside the 30 business days deadline for a substantive response from the FOIA office.  Please let me know the name and contact information of the Research Specialist to whom my request was assigned.

I greatly appreciate your help.

Kind regards,
Barrett Howell

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

============================================================
CONFIDENTIALITY NOTICE:

This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction.  Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
====================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
====================================================

# EXHIBIT I

**Katten**

KattenMuchinRosenman LLP

**2121 N. Pearl Street
Suite 1100
Dallas, TX 75201
214.765.3681 tel
214.765.3602 fax**

BARRETT R. HOWELL
barrett.howell@katten.com
(214) 765-3681 direct
(214) 765-3602 fax

January 17, 2023

SUBMITTED ELECTRONICALLY

Securities and Exchange Commission
Office of FOIA Services
Station Place
100 F Street NE
Mail Stop 2465
Washington, DC 20549

**FREEDOM OF INFORMATION
ACT

APPEAL**

Re:      **FOIA Request No. 23-00207-FOIA dated November 1, 2022**

Dear Sir or Madam:

On behalf of United Development Funding ("UDF"), and pursuant to 5 U.S.C. §552(a)(6), undersigned counsel appeals the Securities and Exchange Commission's ("SEC's") adverse determination of UDF's Freedom of Information Act ("FOIA") request dated November 1, 2022. As of the date of this submission, it has been ***forty-nine business days*** since UDF submitted its November 1, 2022 FOIA request.  The SEC's Office of FOIA Services, however, has not provided a response determination to UDF's FOIA request, nor even assigned a FOIA research specialist, within the statutory time limit in pursuant to 17 C.F.R. § 200.80(d).

The Fort Worth Regional Office, which possesses the information responsive to UDF's FOIA request, refuses to cooperate with the applicable rules and deadlines in an effort to stonewall any attempt by UDF to obtain the records requested.  There is absolutely no justification for withholding these records, nor has the Fort Worth Regional Office or the SEC's Office of FOIA Services even raised the possibility of an applicable exemption.

SEC FOIA Appeal
Request No. 23-00207-FOIA
January 17, 2023
Page 2

## I.     __Background__

In June 2018, UDF and five of its executives entered into settlement agreements with the SEC.[1]  The settlements, once approved by the Court, resolved an investigation by the SEC, which the SEC commenced on or around April 2014.  The SEC's investigation culminated in the filing of a settled complaint, which the SEC filed in the U.S. District Court for the Northern District of Texas, alleging that UDF had made untrue material statements, or omitted material facts, from January 2011 through December 2015 in connection with a series of investment funds (United Development Funding III, L.P. ("UDF III") and United Development Funding IV ("UDF IV")) that UDF operated during that period.[2]  UDF and the individuals neither admitted nor denied the allegations contained in the settled complaint.  The district court entered consent judgments against UDF and the executives on July 31, 2018, resolving all outstanding issues as to all parties, and completely resolving the SEC's enforcement investigation and proceeding.[3]

In 2014, around the same time that the SEC was investigating UDF, UDF became the target of a protracted campaign by Hayman Capital Management L.P. ("Hayman Capital"), led by founding principal Kyle Bass ("Bass"), to drive UDF's stock price as low as possible in order to maximize Hayman's and Bass's massive short position in UDF IV's NASDAQ traded shares.[4]  As a result of its short position, Hayman Capital stood to profit from a decline in UDF IV's stock price.[5]

On November 28, 2017, UDF filed a lawsuit against Hayman Capital and certain of its executives in Texas state court for disparagement and tortious interference arising from Hayman

---

[1] *See* Mots. for Entry of Judgment, *Securities and Exchange Commission v. United Development Funding III, et al.*, No. 18-cv-1735 (filed July 3, 2018 N.D. Tex.), ECF. Nos. 4-6.

[2] *See* Compl., *Securities and Exchange Commission v. United Development Funding III, et. al*, No. 18-cv-1735 (filed July 3, 2018 N.D. Tex.), ECF. No. 1.

[3] *See* Final Judgments, *Securities and Exchange Commission v. United Development Funding III, et. al*, No. 18-cv-1735 (filed July 31, 2018 N.D. Tex.), ECF. Nos. 11, 13, 15.

[4] UDF IV is one of the family of UDF Funds.  UDF IV was listed on the National Association of Securities Dealers Automated Quotations ("NASDAQ") exchange in July 2014.

[5] Hayman Capital eventually disclosed its short position in February 2016, nearly a year after it began to accumulate its short position, in a website it managed, called UDF Exposed.  *See* https://udfexposed.com/disclaimer ("Hayman currently maintains a short position in the common stock of United Development Funding IV ('UDF).  Hayman will profit if the market price for common shares of UDF decline and, conversely, Hayman will lose money if the market price increases for the common shares of UDF.") (last visited January 25, 2019).

SEC FOIA Appeal
Request No. 23-00207-FOIA
January 17, 2023
Page 3

Capital's extended campaign to undermine UDF's reputation and market value.[6]  Through discovery in that proceeding, UDF learned that employees and agents from Hayman Capital had extensive communications with the Staff of the SEC (the "Staff") concerning UDF during the same period that Hayman Capital was seeking to damage UDF's market value.  Moreover, certain of those communications make clear that information Hayman Capital provided to the Staff related to the SEC's investigation of UDF; indeed, the communications concerned the same UDF funds and issues that were the subject of the SEC's aforementioned enforcement proceeding against UDF.

a.    UDF's April 2022 Request for FW-4313 Documents and Communications.

On April 26, 2022 UDF, through undersigned counsel at Katten Muchin Rosenman LLP, submitted a FOIA request to the SEC seeking materials related to the Fort Worth Regional Office's investigation styled In the Matter of Hayman Capital (FW-4313) (the "SEC's Hayman Capital Investigation").  See Ex. A.  UDF's FOIA request centrally focused on communications between the Staff and Hayman Capital relating to the SEC's Hayman Capital Investigation.  In addition, UDF requested all testimony transcripts and exhibits related to the SEC's Hayman Capital Investigation.

UDF's April 26, 2022, FOIA request was assigned to FOIA Research Analyst Tina L. Churchman in the Office of Support Operations.  UDF's counsel promptly established a line of communication with Ms. Churchman, and has corresponded with her by email and by phone over a dozen times since submitting UDF's FOIA request on April 26, 2022.  See e.g.:

- Ex. B – August 2, 2022 email from Ms. Churchman to Fort Worth Regional Office enforcement attorney Dwight (Tom) Keltner requesting a status update and stating that "the FOIA office is still consulting with other staff regarding the request, and unfortunately, I could not provide a completion date."
- Ex. C – September 2, 2022 email from Ms. Churchman stating, "We are still consulting with the regional office.  I reached out to our liaison for a status / tentative response date and am awaiting a response."
- Ex. D – October 13, 2022 letter from Ms. Churchman informing UDF's counsel that the Office of FOIA Services "will be unable to respond to the request within the twenty day statutory time period, *as there are unusual circumstances which impact on our ability to quickly process your request*." (emphasis added) . . . . "Investigatory records generally consist of transcripts of testimony, exhibits, and miscellaneous evidentiary materials."  The letter further informed UDF's counsel

---

[6] See Pl.'s Original Petition, *United Development Funding, L.P. v. Bass, et al.*, No. CC-17-06253-B (filed Nov. 28, 2017 Dallas Cnty. Ct. Tex.).

SEC FOIA Appeal
Request No. 23-00207-FOIA
January 17, 2023
Page 4

that the Office of FOIA Services had identified 7.6 GB of electronically stored records that may be responsive to UDF's FOIA request. And went on to say that, "you may want to consider narrowing the scope of your request. At present we anticipate that it may take ***thirty-six months or more before we can begin to process a request placed in our Complex track***." (emphasis added).

- Ex. E – November 1, 2022 email from Ms. Churchman informing UDF's counsel, among other things, that there are two testimony transcripts responsive to UDF's FOIA request for records in connection with <u>In the Matter of Hayman Capital</u> (FW-4313). Ms. Churchman and UDF counsel discussed by phone the likelihood that the Fort Worth Regional Office maintained some form of document listing that would be instrumental in assisting UDF's counsel narrow the scope of the requests in order to avoid Complex Track designation and have to wait at least three years before the Office of FOIA Services even began its review of the potentially responsive information.

       b.    <u>UDF's Narrow November 2022 Request for FW-4313's Two Transcripts</u>.

Knowing that the Fort Worth Regional Office had two transcripts of testimony taken in connection with the SEC's Hayman Capital Investigation, UDF, through undersigned counsel, submitted a second FOIA request on November 1, 2022 requesting *only* the transcripts from the SEC's Hayman Capital Investigation. *See* <u>Ex. F</u>. Based on the information provided by the Office of FOIA Services, this should have resulted in the production of just two (2) documents.

On that same day, the SEC sent an acknowledgement letter stating that it received UDF's FOIA Request, which had been assigned Case # 23-00207. The acknowledgement letter further stated:

> Your request will be assigned to a Research Specialist for processing and you will be notified of the findings as soon as possible. If you do not receive a response after thirty business days from when we received your request, you have the right to seek dispute resolution services from an SEC FOIA Public Liaison or the Office of Government Information Services (OGIS). *See* <u>Ex. G</u>.

As of the date of this appeal, it has been forty-nine (<u>49</u>) business days since UDF's counsel submitted the November 1, 2022 FOIA request seeking transcripts in connection with the SEC's Hayman Capital Investigation. The Office of FOIA Services and the Fort Worth Regional Office have failed to comply, or seemingly even make any attempt to comply, with the statutorily applicable statutory deadlines. This type of stonewalling flies in the face of one of the most important fundamental tenants upon which the United States of America was built: the United

SEC FOIA Appeal
Request No. 23-00207-FOIA
January 17, 2023
Page 5

States Government does not, and should not, operate under a cloak of secrecy, which is exactly what the SEC's Fort Worth Regional Office is attempting to do by stonewalling UDF's simple FOIA request for two administrative testimony transcripts.

On January 5, 2023, UDF counsel once again reached out to Ms. Churchman requesting a status update. Ms. Churchman responded that she had no update. *See* <u>Ex. H</u>. To date, there has been no other communication from the Office of FOIA Services, much less any sort of determination, in response to UDF's November 1, 2022 FOIA request for two testimony transcripts. The Office of FOIA Services' and the Fort Worth Regional Office's egregious violations of the applicable statutory deadlines constitute a constructive adverse determination. UDF's counsel appeals this baseless constructive adverse determination and requests that the appellate review board order the production of the requested testimony transcripts within no less than two business days.

II.     **The SEC Failed to Provide a Determination Whether to Comply With UDF's FOIA Request Within Statutory Time Limits in Violation of 17 C.F.R. § 200.80(d).**

Pursuant to 17 C.F.R. §200.80(f)(1), a FOIA requester may appeal an adverse determination by the SEC's Office of FOIA Services to the Office of General Counsel. The Office of General Counsel has authority to grant appeals where the determination of the Office of FOIA Services was in error. *Id.* §200.80(f)(5).

Under FOIA, "[t]he strong presumption in favor of disclosure places the burden on the agency to justify the withholding of any requested documents." *People for the Ethical Treatment of Animals v. United States Dep't of Health and Human Servs*., 901 F.3d 343, 349 (D.C. Cir. 2018) (quotations omitted). Here, the Office of FOIA Services failed to meet that burden because the SEC has yet to make a response determination. Specifically, it has been more than the statutory time limit of twenty business days (20) from the date of Office of FOIA Services received UDF's FOIA request.

As a general matter, a FOIA requester has the right to appeal any adverse determination denying a request. 5 U.S.C. §552(a)(6). Not providing a response determination to a FOIA request within the statutory time limits is considered an adverse determination. 17 C.F.R. 200.80(d); *see also Machado Amadis v. U.S. Dep't of State*, 971 F.3d 364, 371 (D.C. Cir. 2020); *Bickel & Brewer v. I.R.S.*, 2008 WL 4966655 at *4 n. 2 (N.D. Tex. 2008). Pursuant to 17 C.F.R. § 200.80(d), a determination whether to comply with a FOIA request shall be made within twenty (20) business days from the date the Office of FOIA Services received a request for a record. *Id.*

The Office of FOIA Services received UDF's request on November 1, 2022. As of the date of this appeal, forty-nine (<u>49</u>) business days have transpired, meaning the Office of FOIA

SEC FOIA Appeal
Request No. 23-00207-FOIA
January 17, 2023
Page 6

Services and the Fort Worth Regional Office have been in violation of their respective statutory requirements for twenty-nine (29) days.

## III.   <u>Conclusion</u>

Given that the SEC has grossly and inexplicably exceeded the statutory time limit for responding to UDF's FOIA request and has repeatedly demonstrated a pattern of unreasonable delay, UDF respectfully requests that the SEC promptly release the records requested in its November 1, 2022 FOIA request, or, in the alternative, for those responsive records that are not produced, adequately substantiate the basis for its decision to withhold those specific records.

If any of the information sought herein is deemed to be nonpublic under FOIA or the SEC's implementing regulations, please identify the specific exemption and provide any reasonably segregable portion of such information after deletions of the portions which are considered nonpublic. Please clearly delineate any and all redactions in such a manner so that the justification for each redaction is apparent. If you withhold any documents in whole or in part, I request that you provide an estimate of the volume of records that are being withheld, as required by 17 C.F.R. §200.80(e)(5)(iv), as well as a log of those documents or portions of documents withheld.

I agree to pay all reasonable fees for the searching and reproduction of all documents and records falling within the scope of this request, up to $20,000. If you anticipate that the fees will exceed $20,000, please notify me before exceeding that amount. If any expenses incurred by you in duplicating these documents must be covered by the requesting party under FOIA, please send the bill directly to me at the above address.

This is an extremely time sensitive matter because the UDF executives' criminal convictions are set for oral argument in front of the United States Court of Appeals Court for the Fifth Circuit on February 6, 2023. Because of the extremely time-sensitive nature of this request, I ask that you provide all documentation before January 31, 2023. If, for any reason, you do not anticipate providing a complete response to this request by January 31, 2023, please notify the undersigned as soon as possible via telephone or email.

SEC FOIA Appeal
Request No. 23-00207-FOIA
January 17, 2023
Page 7

Respectfully Submitted,


/s/ Barrett R. Howell
Barrett R. Howell
barrett.howell@katten.com
Ryan J. Meyer
ryan.meyer@katten.com
Grace A. Caputo
grace.caputo@katten.com
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street, Suite 2100
Dallas, TX 75201
Tel: (214) 765-3681

*Counsel for United Development Funding*

# EXHIBIT J



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

Stop 9613                                                                              February 14, 2023

*Via electronic mail*
barrett.howell@katten.com

Mr. Barrett Howell, Esq.
Katten Muchin Rosenman LLP
2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

Re:     Appeal, Freedom of Information Act Request No. 22-01760-FOIA, and
        designated on appeal as No. 23-00170-APPS

Dear Mr. Howell:

This responds to your January 17, 2023 Freedom of Information Act (FOIA) appeal regarding the delay in the FOIA Office's response to your April 26, 2022 FOIA request.[1]  You assert that the FOIA Office has "failed to comply with the statutory time limit of twenty (20) business days from the date the FOIA Office received UDF's FOIA request."  You also question the FOIA Office's determination to place your request in the complex track and object to the SEC Fort Worth Regional Office's lack of assistance to further your efforts to narrow the scope of the request to avoid placement in the complex track.  I have considered your appeal and it is denied in part and remanded in part.

The FOIA imposes a 20-day deadline for agencies to determine whether they will comply with a request.[2]  Your FOIA request was received on April 26, 2022, which sets the 20-day

---

[1] Your request, on behalf of United Development Funding ("UDF"), seeks the following categories of records:

1. All documents associated with the SEC's investigation in the Matter of Hayman Capital, FW-4313 (which is defined to include all current and former employees, principals, agents, affiliates, and related-parties, "Hayman Capital").
2. All communications associated with the SEC's investigation in the Matter of Hayman Capital, FW-4313.
3. All testimony transcripts related to the SEC's investigation in the Matter of Hayman Capital, FW-4313.
4. All exhibits associated with the SEC's investigation in the Matter of Hayman Capital, FW-4313.

[2] *See* 5 U.S.C. § 552(a)(6)(A)(i) ("Each agency, upon any request for records … shall (i) determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request"); *see also*, 17 C.F.R. § 200.80(d)(2) ("A determination whether to comply with a FOIA request shall be made within 20 days (excepting Saturdays, Sundays, and legal public holidays) from the date the Office of FOIA Services receives a request for a record under this part, except when the circumstances described in paragraph (d)(3), (5), or (7) of this section are applicable.").

deadline at May 24, 2022.[3]  Because the 20-day deadline has passed and the FOIA Office has not made a final determination as to whether to comply with your request, I find that the FOIA Office has not complied with the statutory time limits for responding to your request.  I am, therefore, remanding this matter to the FOIA Office and requesting that the FOIA Officer process this request as expeditiously as possible.  You may contact Lizzette Katilius, FOIA Branch Chief, at 202-551-7900, regarding the status of this matter on remand.

By letter dated October 13, 2022, the FOIA Office informed you that it identified 7.6 GB of electronically stored records (equivalent to approximately 61 boxes) concerning Hayman Capital (FW-4313) that may be responsive to your request.  The FOIA Office estimated that it would take anywhere from 244 to 488 hours to review the estimated 61 boxes of records (based on a review time of approximately 4-8 hours to review the contents of one box of records or approximately 2,500 pages).

The FOIA permits agencies to provide for multi-track processing of requests for records based on the amount of work or time (or both) involved in processing requests.[4]  The SEC's regulation implementing multi-track processing is located at 17 CFR § 200.80(d)(4).  Presently, the SEC employs three FOIA processing tracks: (1) an expedited processing track; (2) a simple track for requests that can typically be completed within 20 working days; and (3) a complex track for requests that require more than 20 working days to complete.

Pursuant to SEC's FOIA regulations, a request may be placed in the complex track for review and processing where, due to the quantity of records and/or time required to review the records, the review of the records cannot be completed within 20 business days.[5]  Such requests are considered "voluminous."

In this case, the FOIA Office informed you that it identified the equivalent of 61 boxes of electronically-stored records that would need to be reviewed for responsiveness, redacted if appropriate, and prepared for reproduction if necessary.  Given the quantity of the records to be reviewed and the anticipated staff time involved (between 244 and 488 hours depending on the subject matter of the records), the FOIA Office reasonably concluded that your request seeks a volume of records requiring it to be processed under the SEC's complex track in accordance with section 200.80(d)(4) of the SEC's FOIA regulations.  Thus, I find the FOIA Office properly determined that the processing of your FOIA request within the complex track was appropriate.

---

[3] Although the FOIA Office informed you that it was invoking a ten-day extension to respond to your request due to unusual circumstances impacting its ability to quickly process your request, it did so on October 13, 2022, *after* the 20-day deadline passed.

[4] *See* 5 U.S.C. § 552(a)(6)(D)(i) (Each agency may promulgate regulations, pursuant to notice and receipt of public comment, providing for multitrack processing of requests for records based on the amount of work or time (or both) involved in processing requests.).

[5] *See* 17 C.F.R. § 200.80(d)(4) ("The Office of FOIA Services shall use two or more additional processing tracks that distinguish between simple and more complex requests based on the estimated amount of work and/or time needed to process the request. Among the factors the Office of FOIA Services may consider are the time to perform a search, the number of pages that must be reviewed in processing the request, and the need for consultations or referrals.").

I understand that you have been working with the FOIA Office to narrow the scope of your request to avoid complex track processing. The FOIA Office is working with staff in the Fort Worth Regional Office to see if it is feasible to generate an index of investigative records to assist you in narrowing the scope of your request. Although the FOIA does not require staff to provide information or generate documents to assist requesters in narrowing the scope of their requests, our office will encourage staff, including staff in the Fort Worth Regional Office, to take reasonable steps to assist you in narrowing the scope of your request.

You have the right to seek judicial review of my determination by filing a complaint in the United States District Court for the District of Columbia or in the district where you reside or have your principal place of business.[6] Voluntary mediation services as a non-exclusive alternative to litigation are also available through the National Archives and Records Administration's Office of Government Information Services (OGIS). For more information, please visit www.archives.gov/ogis or contact OGIS at ogis@nara.gov or 1-877-684-6448. If you have any questions concerning my determination, please contact Mark Tallarico, Senior Counsel, at 202-551-5132.

For the Commission
    by delegated authority,

Melinda Hardy
Assistant General Counsel for
  Litigation and Administrative Practice

---

[6] *See* 5 U.S.C. § 552(a)(4)(B).

3

# EXHIBIT K

| | |
|---|---|
| **From:** | Howell, Barrett R. |
| **Sent:** | Thursday, February 16, 2023 2:27 PM |
| **To:** | OsborneS@SEC.gov |
| **Subject:** | FOIA Request No. 23-00207-FOIA |

Ms. Osborne,

Thank you again for taking the time to speak with me on the phone earlier today regarding the transcripts requested in connection with the above-referenced FOIA request.  I am profoundly appreciative of your help and per our conversation, I look forward to receiving the requested information on or before March 16, 2023.  In the meantime, if there is anything I can do to help facilitate the process, please do not hesitate to contact me.

Very kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

# EXHIBIT L

**Subject:** FOIA Request No. 23-00207-FOIA

**From:** Osborne, Sonja <OsborneS@SEC.GOV>
**Sent:** Thursday, March 23, 2023 5:56 PM
**To:** Howell, Barrett R. <barrett.howell@katten.com>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Mr. Howell,

Thank you for your inquiry and I apologize for the delay in our response.  Your request is actively being processed.  My best estimate for a date of completion would be April 21, 2023.

Thank you for your patience as we work through the process.

Thank,

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**   +1 202 551 8371
osbornes@sec.gov


**U.S. Securities and Exchange Commission**

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Monday, March 20, 2023 3:14 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Osborne, I am re-sending the below email in hopes of putting it at the top of your inbox.  I anxiously look forward to your response.

Thank you,
Barrett

**Barrett R. Howell**
*Partner*

**Katten**

Katten Muchin Rosenman LLP

2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591

direct +1.214.765.3681

barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Friday, March 17, 2023 10:15 AM
**To:** OsborneS@SEC.gov
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

Ms. Osborne:

Forgive me if I missed it, but I do not have a record of receiving the requested transcripts by March 16th, as you represented during our February 16th phone conversation.  Could you please let me know the status of my request?  And again, I apologize in advance if I missed notification of production of the transcripts.

I look forward to your response.

Kind regards,
Barrett

**Barrett R. Howell**

Partner

**Katten**

Katten Muchin Rosenman LLP

2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591

direct +1.214.765.3681

barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Thursday, February 16, 2023 2:27 PM
**To:** OsborneS@SEC.gov
**Subject:** FOIA Request No. 23-00207-FOIA

Ms. Osborne,

Thank you again for taking the time to speak with me on the phone earlier today regarding the transcripts requested in connection with the above-referenced FOIA request.  I am profoundly appreciative of your help and per our conversation, I look forward to receiving the requested information on or before March 16, 2023.  In the meantime, if there is anything I can do to help facilitate the process, please do not hesitate to contact me.

Very kind regards,
Barrett

**Barrett R. Howell**

Partner

**Katten**

Katten Muchin Rosenman LLP

2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591

direct +1.214.765.3681
barrett.howell@katten.com | katten.com

```
===========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
===========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
===========================================================


===========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
===========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
===========================================================
```

# EXHIBIT M

| From: | Osborne, Sonja <OsborneS@SEC.GOV> |
|---|---|
| Sent: | Thursday, March 30, 2023 5:42 PM |
| To: | Howell, Barrett R. |
| Cc: | Meyer, Ryan J. |
| Subject: | RE: FOIA Request No. 23-00207-FOIA |

*EXTERNAL EMAIL – EXERCISE CAUTION*
Good afternoon, Mr. Howell,

I called and left a voice message. I am processing your request. I am available to speak with you early next week if helpful.

Thank you for your patience as I work through the process.

Regards,
Sonja

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**   +1 202 551 8371
osbornes@sec.gov



**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Thursday, March 30, 2023 5:34 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Osborne:

Forgive me if I missed it, but I cannot find a response to my below follow-up inquiry regarding your request for an extension from March 16th until April 21, 2023 to provide two transcripts responsive to my above-referenced November 1, 2022 FOIA request.  The only response I seem to have is your attached automatic reply stating you'd be out of the office until Monday, March 27th.  As I'm sure you can imagine, given the inexplicable resistance we've encountered from the Fort Worth Regional Office and the DC FOIA Office in response to my request for **two transcripts** of testimony taken

1

in connection with an administrative investigation that was closed by at least January 24, 2022, our patience at some point begins to wear thin, and our skepticism in the legitimacy of the process begins to grow.

If a fight in front of a federal district court judge is what ultimately has to happen in order to compel the FOIA Office to comply with its legal requirements, will you please let me know that now so we can file our action? Otherwise, I would greatly appreciate responses to my below inquiries.

Thank you very much for your help, and I am happy to speak by phone at your convenience if helpful.

Very kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Friday, March 24, 2023 6:47 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>; Yogeshwarun, Nikita <nikita.yogeshwarun@katten.com>; Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

Ms. Osborne:

Thank you for your reply and updated estimated April 21, 2023 completion date for producing records responsive to my November 1, 2022 FOIA request for two transcripts in connection with Formal Investigation styled *In the Matter of Hayman Capital*, (FW-4313). Based on our February 16, 2023 telephone conversation, it is my understanding that: (a) the two transcripts responsive to my November 1, 2022 FOIA request have been provided by the Fort Worth Regional Office to the D.C. FOIA Office for review and potential redaction or withholding; and (b) your estimated delivery date of March 16, 2023 was based on the estimated amount of time needed for your review of the two transcripts.

Is the additional time you request, until April 21, 2023 based on, or in anticipation of, any potential or outstanding requests from third-party(ies) for substantiation of confidential treatment?

At this point, have there been any assertions of confidential treatment that would potentially necessitate the redaction or withholding of either of the two transcripts? Lastly, Ms. Osborne, could you please let me know approximately how many pages comprise your transcript review process? As I'm sure you're already aware, this information will greatly assist in any appeal that we may have to file. I really appreciate your continued assistance with our request.

Kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591

direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Osborne, Sonja <OsborneS@SEC.GOV>
**Sent:** Thursday, March 23, 2023 5:56 PM
**To:** Howell, Barrett R. <barrett.howell@katten.com>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Mr. Howell,

Thank you for your inquiry and I apologize for the delay in our response.  Your request is actively being processed.  My best estimate for a date of completion would be April 21, 2023.

Thank you for your patience as we work through the process.

Thank,

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**   +1 202 551 8371
osbornes@sec.gov



---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Monday, March 20, 2023 3:14 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Osborne, I am re-sending the below email in hopes of putting it at the top of your inbox.  I anxiously look forward to your response.

Thank you,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591

direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Friday, March 17, 2023 10:15 AM
**To:** OsborneS@SEC.gov
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

Ms. Osborne:

Forgive me if I missed it, but I do not have a record of receiving the requested transcripts by March 16th, as you represented during our February 16th phone conversation.  Could you please let me know the status of my request?  And again, I apologize in advance if I missed notification of production of the transcripts.

I look forward to your response.

Kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Thursday, February 16, 2023 2:27 PM
**To:** OsborneS@SEC.gov
**Subject:** FOIA Request No. 23-00207-FOIA

Ms. Osborne,

Thank you again for taking the time to speak with me on the phone earlier today regarding the transcripts requested in connection with the above-referenced FOIA request.  I am profoundly appreciative of your help and per our conversation, I look forward to receiving the requested information on or before March 16, 2023.  In the meantime, if there is anything I can do to help facilitate the process, please do not hesitate to contact me.

Very kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

==========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
==========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================


==========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
==========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================

# EXHIBIT N

**From:**      Osborne, Sonja <OsborneS@SEC.GOV>
**Sent:**      Tuesday, April 11, 2023 9:03 AM
**To:**        Howell, Barrett R.
**Subject:**   RE: FOIA Request No. 23-00207-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Hi Mr. Howell,

No change at this time.  I am available to speak with this morning at 11am.

Regards,

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)
**OFFICE**   +1 202 551 8371
osbornes@sec.gov



---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Monday, April 10, 2023 6:00 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Osborne,

I appreciate your response.  Is there any chance you might have a few minutes to speak by phone tomorrow mid-morning, perhaps around 11am EST?

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Osborne, Sonja <OsborneS@SEC.GOV>
**Sent:** Thursday, March 30, 2023 5:42 PM

1

**To:** Howell, Barrett R. <barrett.howell@katten.com>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Good afternoon, Mr. Howell,

I called and left a voice message. I am processing your request. I am available to speak with you early next week if helpful.

Thank you for your patience as I work through the process.

Regards,
Sonja

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**     +1 202 551 8371
osbornes@sec.gov

_____



---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Thursday, March 30, 2023 5:34 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Osborne:

Forgive me if I missed it, but I cannot find a response to my below follow-up inquiry regarding your request for an extension from March 16th until April 21, 2023 to provide two transcripts responsive to my above-referenced November 1, 2022 FOIA request.  The only response I seem to have is your attached automatic reply stating you'd be out of the office until Monday, March 27th.  As I'm sure you can imagine, given the inexplicable resistance we've encountered from the Fort Worth Regional Office and the DC FOIA Office in response to my request for **two transcripts** of testimony taken in connection with an administrative investigation that was closed by at least January 24, 2022, our patience at some point begins to wear thin, and our skepticism in the legitimacy of the process begins to grow.

If a fight in front of a federal district court judge is what ultimately has to happen in order to compel the FOIA Office to comply with its legal requirements, will you please let me know that now so we can file our action?  Otherwise, I would greatly appreciate responses to my below inquiries.

Thank you very much for your help, and I am happy to speak by phone at your convenience if helpful.

Very kind regards,
Barrett

**Barrett R. Howell**
*Partner*

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Friday, March 24, 2023 6:47 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>; Yogeshwarun, Nikita <nikita.yogeshwarun@katten.com>; Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

Ms. Osborne:

Thank you for your reply and updated estimated April 21, 2023 completion date for producing records responsive to my November 1, 2022 FOIA request for two transcripts in connection with Formal Investigation styled *In the Matter of Hayman Capital*, (FW-4313).  Based on our February 16, 2023 telephone conversation, it is my understanding that: (a) the two transcripts responsive to my November 1, 2022 FOIA request have been provided by the Fort Worth Regional Office to the D.C. FOIA Office for review and potential redaction or withholding; and (b) your estimated delivery date of March 16, 2023 was based on the estimated amount of time needed for your review of the two transcripts.

Is the additional time you request, until April 21, 2023 based on, or in anticipation of, any potential or outstanding requests from third-party(ies) for substantiation of confidential treatment?

At this point, have there been any assertions of confidential treatment that would potentially necessitate the redaction or withholding of either of the two transcripts?  Lastly, Ms. Osborne, could you please let me know approximately how many pages comprise your transcript review process?  As I'm sure you're already aware, this information will greatly assist in any appeal that we may have to file.  I really appreciate your continued assistance with our request.

Kind regards,
Barrett

**Barrett R. Howell**
*Partner*

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Osborne, Sonja <OsborneS@SEC.GOV>
**Sent:** Thursday, March 23, 2023 5:56 PM
**To:** Howell, Barrett R. <barrett.howell@katten.com>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Mr. Howell,

Thank you for your inquiry and I apologize for the delay in our response.  Your request is actively being processed.  My best estimate for a date of completion would be April 21, 2023.

Thank you for your patience as we work through the process.

Thank,

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**   +1 202 551 8371
osbornes@sec.gov



---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Monday, March 20, 2023 3:14 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Osborne, I am re-sending the below email in hopes of putting it at the top of your inbox.  I anxiously look forward to your response.

Thank you,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Friday, March 17, 2023 10:15 AM
**To:** OsborneS@SEC.gov
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

Ms. Osborne:

Forgive me if I missed it, but I do not have a record of receiving the requested transcripts by March 16th, as you represented during our February 16th phone conversation.  Could you please let me know the status of my request?  And again, I apologize in advance if I missed notification of production of the transcripts.

I look forward to your response.

Kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Thursday, February 16, 2023 2:27 PM
**To:** OsborneS@SEC.gov
**Subject:** FOIA Request No. 23-00207-FOIA

Ms. Osborne,

Thank you again for taking the time to speak with me on the phone earlier today regarding the transcripts requested in connection with the above-referenced FOIA request.  I am profoundly appreciative of your help and per our conversation, I look forward to receiving the requested information on or before March 16, 2023.  In the meantime, if there is anything I can do to help facilitate the process, please do not hesitate to contact me.

Very kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

```
=========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
```

distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
==========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================


==========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
==========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================

# EXHIBIT O

| | |
|---|---|
| **From:** | Tallarico, Mark <tallaricom@SEC.GOV> |
| **Sent:** | Thursday, April 20, 2023 2:13 PM |
| **To:** | Howell, Barrett R.; Osborne, Sonja |
| **Cc:** | Katilius, Lizzette; Meyer, Ryan J.; Mallon, Carmen |
| **Subject:** | RE: FOIA Request No. 23-00207-FOIA |

*EXTERNAL EMAIL – EXERCISE CAUTION*
Mr. Howell,

We really appreciate your patience, but I do want to jump in based on your most recent email.  The FOIA Office can't agree to what are legal determinations – what constitutes an adverse decision, waiving the exhaustion requirement, and what is or isn't appealable to the district court.  I will reach out to FOIA staff about your timing concerns and ask that they complete their review of the transcripts as expeditiously as possible.

Please let me know if you have any questions.  Thank you.

**Mark Tallarico**
Senior Counsel
Office of the General Counsel

**OFFICE**    +1 202.551.5132
**MOBILE**   +1 202.577.2439
tallaricom@sec.gov



---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Thursday, April 20, 2023 2:18 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Katilius, Lizzette <KatiliusL@SEC.GOV>; Tallarico, Mark <tallaricom@SEC.GOV>; Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Osborne:

It was a pleasure speaking with you yesterday, thank you again for your time.  As we discussed, on November 1, 2022 I submitted a FOIA request for two specifically identified administrative testimony transcripts.  After 49-days of complete silence since my November 1, 2022 FOIA submission, I appealed the FOIA office's constructive denial of my request on January 17, 2023.  On February 14, 2023, I received from Mark Tallarico the SEC's appellate decision, which stated that Melinda Hardy was "remanding this matter to the FOIA Office and requesting that the FOIA Officer process this request as expeditiously as possible."  On February 16, 2023, you estimated the transcripts would be produced by March 16,

2023.  Nothing was received on March 16, 2023 and on March 23, 2023, you estimated the transcripts would be produced by April 21, 2023.  (*See* attached email correspondence).

During our conversation yesterday, you requested any additional 30-day extension, until May 24, 2023, to produce the responsive transcripts.  I have conferred with my client and we are willing to agree to the additional 30-day extension on the condition that the FOIA Office agrees that failure to produce the transcripts by May 24, 2023:

1. Constitutes an adverse determination/denial of our FOIA request;
2. That has already been constructively denied by an administrative appellate review; and
3. Is therefore automatically and immediately appealable to a federal district court.

Please let me know if we have an agreement at your earliest convenience?  I really appreciate your help, Ms. Osborne.


Very kind regards,
Barrett


**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Osborne, Sonja <OsborneS@SEC.GOV>
**Sent:** Tuesday, April 11, 2023 9:03 AM
**To:** Howell, Barrett R. <barrett.howell@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Hi Mr. Howell,

No change at this time.  I am available to speak with this morning at 11am.

Regards,

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**   +1 202 551 8371
osbornes@sec.gov



---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Monday, April 10, 2023 6:00 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>

**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Osborne,

I appreciate your response.  Is there any chance you might have a few minutes to speak by phone tomorrow mid-morning, perhaps around 11am EST?

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Osborne, Sonja <OsborneS@SEC.GOV>
**Sent:** Thursday, March 30, 2023 5:42 PM
**To:** Howell, Barrett R. <barrett.howell@katten.com>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Good afternoon, Mr. Howell,

I called and left a voice message. I am processing your request. I am available to speak with you early next week if helpful.

Thank you for your patience as I work through the process.

Regards,
Sonja

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**   +1 202 551 8371
osbornes@sec.gov



---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Thursday, March 30, 2023 5:34 PM

**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Ms. Osborne:

Forgive me if I missed it, but I cannot find a response to my below follow-up inquiry regarding your request for an extension from March 16th until April 21, 2023 to provide two transcripts responsive to my above-referenced November 1, 2022 FOIA request.  The only response I seem to have is your attached automatic reply stating you'd be out of the office until Monday, March 27th.  As I'm sure you can imagine, given the inexplicable resistance we've encountered from the Fort Worth Regional Office and the DC FOIA Office in response to my request for *two transcripts* of testimony taken in connection with an administrative investigation that was closed by at least January 24, 2022, our patience at some point begins to wear thin, and our skepticism in the legitimacy of the process begins to grow.

If a fight in front of a federal district court judge is what ultimately has to happen in order to compel the FOIA Office to comply with its legal requirements, will you please let me know that now so we can file our action?  Otherwise, I would greatly appreciate responses to my below inquiries.

Thank you very much for your help, and I am happy to speak by phone at your convenience if helpful.

Very kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Friday, March 24, 2023 6:47 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>; Yogeshwarun, Nikita <nikita.yogeshwarun@katten.com>; Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

Ms. Osborne:

Thank you for your reply and updated estimated April 21, 2023 completion date for producing records responsive to my November 1, 2022 FOIA request for two transcripts in connection with Formal Investigation styled *In the Matter of Hayman Capital*, (FW-4313).  Based on our February 16, 2023 telephone conversation, it is my understanding that: (a) the two transcripts responsive to my November 1, 2022 FOIA request have been provided by the Fort Worth Regional Office to the D.C. FOIA Office for review and potential redaction or withholding; and (b) your estimated delivery date of March 16, 2023 was based on the estimated amount of time needed for your review of the two transcripts.

Is the additional time you request, until April 21, 2023 based on, or in anticipation of, any potential or outstanding requests from third-party(ies) for substantiation of confidential treatment?

At this point, have there been any assertions of confidential treatment that would potentially necessitate the redaction or withholding of either of the two transcripts?  Lastly, Ms. Osborne, could you please let me know approximately how many pages comprise your transcript review process?  As I'm sure you're already aware, this information will greatly assist in any appeal that we may have to file.  I really appreciate your continued assistance with our request.


Kind regards,
Barrett


**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Osborne, Sonja <OsborneS@SEC.GOV>
**Sent:** Thursday, March 23, 2023 5:56 PM
**To:** Howell, Barrett R. <barrett.howell@katten.com>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Mr. Howell,

Thank you for your inquiry and I apologize for the delay in our response.  Your request is actively being processed.  My best estimate for a date of completion would be April 21, 2023.

Thank you for your patience as we work through the process.

Thank,

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**   +1 202 551 8371
osbornes@sec.gov



U.S. Securities and
Exchange Commission

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Monday, March 20, 2023 3:14 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Osborne, I am re-sending the below email in hopes of putting it at the top of your inbox.  I anxiously look forward to your response.

Thank you,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Friday, March 17, 2023 10:15 AM
**To:** OsborneS@SEC.gov
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

Ms. Osborne:

Forgive me if I missed it, but I do not have a record of receiving the requested transcripts by March 16th, as you represented during our February 16th phone conversation.  Could you please let me know the status of my request?  And again, I apologize in advance if I missed notification of production of the transcripts.

I look forward to your response.

Kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Thursday, February 16, 2023 2:27 PM
**To:** OsborneS@SEC.gov
**Subject:** FOIA Request No. 23-00207-FOIA

Ms. Osborne,

Thank you again for taking the time to speak with me on the phone earlier today regarding the transcripts requested in connection with the above-referenced FOIA request.  I am profoundly appreciative of your help and per our conversation, I look forward to receiving the requested information on or before March 16, 2023.  In the meantime, if there is anything I can do to help facilitate the process, please do not hesitate to contact me.

Very kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

```
============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
============================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
============================================================


============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
============================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
============================================================
```

# EXHIBIT P

| | |
|---|---|
| **From:** | Mallon, Carmen <mallonc@SEC.GOV> |
| **Sent:** | Thursday, May 4, 2023 7:42 AM |
| **To:** | Howell, Barrett R.; Tallarico, Mark; Osborne, Sonja |
| **Cc:** | Katilius, Lizzette; Meyer, Ryan J. |
| **Subject:** | RE: FOIA Request No. 23-00207-FOIA |

*EXTERNAL EMAIL – EXERCISE CAUTION*
Good Morning Mr. Howell,

At this point we are still in the review and consultation process and are working toward the May 24, 2023 deadline.

Thank you for your continued patience.

Carmen L. Mallon
Branch Chief
Office of FOIA Services
(202) 551-4175
mallonc@sec.gov

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Wednesday, May 3, 2023 5:52 PM
**To:** Tallarico, Mark <tallaricom@SEC.GOV>; Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Katilius, Lizzette <KatiliusL@SEC.GOV>; Meyer, Ryan J. <ryan.meyer@katten.com>; Mallon, Carmen <mallonc@SEC.GOV>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mark and Ms. Osborne:

Could you please confirm that we are still on track to meet the extended May 24, 2023 deadline to provide the two requested transcripts?

Thank you very much,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

**From:** Tallarico, Mark <tallaricom@SEC.GOV>
**Sent:** Thursday, April 20, 2023 2:13 PM
**To:** Howell, Barrett R. <barrett.howell@katten.com>; Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Katilius, Lizzette <KatiliusL@SEC.GOV>; Meyer, Ryan J. <ryan.meyer@katten.com>; Mallon, Carmen <mallonc@SEC.GOV>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Mr. Howell,

We really appreciate your patience, but I do want to jump in based on your most recent email.  The FOIA Office can't agree to what are legal determinations – what constitutes an adverse decision, waiving the exhaustion requirement, and what is or isn't appealable to the district court.  I will reach out to FOIA staff about your timing concerns and ask that they complete their review of the transcripts as expeditiously as possible.

Please let me know if you have any questions.  Thank you.

**Mark Tallarico**
Senior Counsel
Office of the General Counsel

**OFFICE**      +1 202.551.5132
**MOBILE**      +1 202.577.2439
tallaricom@sec.gov


**U.S. Securities and Exchange Commission**

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Thursday, April 20, 2023 2:18 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Katilius, Lizzette <KatiliusL@SEC.GOV>; Tallarico, Mark <tallaricom@SEC.GOV>; Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Osborne:

It was a pleasure speaking with you yesterday, thank you again for your time.  As we discussed, on November 1, 2022 I submitted a FOIA request for two specifically identified administrative testimony transcripts.  After 49-days of complete silence since my November 1, 2022 FOIA submission, I appealed the FOIA office's constructive denial of my request on January 17, 2023.   On February 14, 2023, I received from Mark Tallarico the SEC's appellate decision, which stated that Melinda Hardy was "remanding this matter to the FOIA Office and requesting that the FOIA Officer process this request as expeditiously as possible."  On February 16, 2023, you estimated the transcripts would be produced by March 16, 2023.  Nothing was received on March 16, 2023 and on March 23, 2023, you estimated the transcripts would be produced by April 21, 2023.  (*See* attached email correspondence).

During our conversation yesterday, you requested any additional 30-day extension, until May 24, 2023, to produce the responsive transcripts.  I have conferred with my client and we are willing to agree to the additional 30-day extension on the condition that the FOIA Office agrees that failure to produce the transcripts by May 24, 2023:

1. Constitutes an adverse determination/denial of our FOIA request;
2. That has already been constructively denied by an administrative appellate review; and
3. Is therefore automatically and immediately appealable to a federal district court.

Please let me know if we have an agreement at your earliest convenience?  I really appreciate your help, Ms. Osborne.

Very kind regards,
Barrett

**Barrett R. Howell**
Partner
**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Osborne, Sonja <OsborneS@SEC.GOV>
**Sent:** Tuesday, April 11, 2023 9:03 AM
**To:** Howell, Barrett R. <barrett.howell@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Hi Mr. Howell,

No change at this time.  I am available to speak with this morning at 11am.

Regards,

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)
**OFFICE**   +1 202 551 8371
osbornes@sec.gov



---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Monday, April 10, 2023 6:00 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

3

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Osborne,

I appreciate your response.  Is there any chance you might have a few minutes to speak by phone tomorrow mid-morning, perhaps around 11am EST?

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Osborne, Sonja <OsborneS@SEC.GOV>
**Sent:** Thursday, March 30, 2023 5:42 PM
**To:** Howell, Barrett R. <barrett.howell@katten.com>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Good afternoon, Mr. Howell,

I called and left a voice message. I am processing your request. I am available to speak with you early next week if helpful.

Thank you for your patience as I work through the process.

Regards,
Sonja

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**    +1 202 551 8371
osbornes@sec.gov


U.S. Securities and Exchange Commission

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Thursday, March 30, 2023 5:34 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Osborne:

Forgive me if I missed it, but I cannot find a response to my below follow-up inquiry regarding your request for an extension from March 16th until April 21, 2023 to provide two transcripts responsive to my above-referenced November 1, 2022 FOIA request.  The only response I seem to have is your attached automatic reply stating you'd be out of the office until Monday, March 27th.  As I'm sure you can imagine, given the inexplicable resistance we've encountered from the Fort Worth Regional Office and the DC FOIA Office in response to my request for **two transcripts** of testimony taken in connection with an administrative investigation that was closed by at least January 24, 2022, our patience at some point begins to wear thin, and our skepticism in the legitimacy of the process begins to grow.

If a fight in front of a federal district court judge is what ultimately has to happen in order to compel the FOIA Office to comply with its legal requirements, will you please let me know that now so we can file our action?  Otherwise, I would greatly appreciate responses to my below inquiries.

Thank you very much for your help, and I am happy to speak by phone at your convenience if helpful.

Very kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Friday, March 24, 2023 6:47 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>; Yogeshwarun, Nikita <nikita.yogeshwarun@katten.com>; Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

Ms. Osborne:

Thank you for your reply and updated estimated April 21, 2023 completion date for producing records responsive to my November 1, 2022 FOIA request for two transcripts in connection with Formal Investigation styled *In the Matter of Hayman Capital*, (FW-4313).  Based on our February 16, 2023 telephone conversation, it is my understanding that: (a) the two transcripts responsive to my November 1, 2022 FOIA request have been provided by the Fort Worth Regional Office to the D.C. FOIA Office for review and potential redaction or withholding; and (b) your estimated delivery date of March 16, 2023 was based on the estimated amount of time needed for your review of the two transcripts.

Is the additional time you request, until April 21, 2023 based on, or in anticipation of, any potential or outstanding requests from third-party(ies) for substantiation of confidential treatment?

At this point, have there been any assertions of confidential treatment that would potentially necessitate the redaction or withholding of either of the two transcripts?  Lastly, Ms. Osborne, could you please let me know approximately how

many pages comprise your transcript review process?  As I'm sure you're already aware, this information will greatly assist in any appeal that we may have to file.  I really appreciate your continued assistance with our request.

Kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Osborne, Sonja <OsborneS@SEC.GOV>
**Sent:** Thursday, March 23, 2023 5:56 PM
**To:** Howell, Barrett R. <barrett.howell@katten.com>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: FOIA Request No. 23-00207-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Mr. Howell,

Thank you for your inquiry and I apologize for the delay in our response.  Your request is actively being processed.  My best estimate for a date of completion would be April 21, 2023.

Thank you for your patience as we work through the process.

Thank,

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**   +1 202 551 8371
osbornes@sec.gov



---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Monday, March 20, 2023 3:14 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Osborne, I am re-sending the below email in hopes of putting it at the top of your inbox.  I anxiously look forward to your response.

Thank you,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Friday, March 17, 2023 10:15 AM
**To:** OsborneS@SEC.gov
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** FW: FOIA Request No. 23-00207-FOIA

Ms. Osborne:

Forgive me if I missed it, but I do not have a record of receiving the requested transcripts by March 16th, as you represented during our February 16th phone conversation.  Could you please let me know the status of my request?  And again, I apologize in advance if I missed notification of production of the transcripts.

I look forward to your response.

Kind regards,
Barrett

**Barrett R. Howell**
Partner

**Katten**
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

---

**From:** Howell, Barrett R. <barrett.howell@katten.com>
**Sent:** Thursday, February 16, 2023 2:27 PM
**To:** OsborneS@SEC.gov
**Subject:** FOIA Request No. 23-00207-FOIA

Ms. Osborne,

Thank you again for taking the time to speak with me on the phone earlier today regarding the transcripts requested in connection with the above-referenced FOIA request.  I am profoundly appreciative of your help and per our conversation, I look forward to receiving the requested information on or before March 16, 2023.  In the meantime, if there is anything I can do to help facilitate the process, please do not hesitate to contact me.

Very kind regards,
Barrett


**Barrett R. Howell**
Partner

**Katten**

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3681
barrett.howell@katten.com | katten.com

```
=========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
=========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
=========================================================


=========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
=========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
=========================================================
```

# EXHIBIT Q



**UNITED STATES**
## SECURITIES AND EXCHANGE COMMISSION
STATION PLACE
100 F STREET, NE
WASHINGTON, DC 20549-2465

**Office of FOIA Services**

May 25, 2023

Mr. Barrett R. Howell
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100
Dallas, TX 75201

     Re:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
         Request No. **22-01760-FOIA**

Dear Mr. Howell:

      Final reference is made to your request, dated and received in this office on April 26, 2022, for records concerning in the Matter of Hayman Capital, FW-4313.

      By letter dated October 12, 2022, we advised you that the records that may be responsive to your request were voluminous and would require processing in our complex track.  After various telephone conversations and email exchanges, on February 21, 2023, you narrowed the scope of your request to the following:

- Formal Order of Investigation, as well as any supplemental orders, in connection with the investigation styled <u>In the Matter of Hayman Capital</u>, (FW-4313) (the "Hayman Investigation").

- Document requests or document subpoenas issued in connection with the Hayman Investigation.

- Testimony subpoenas or requests for voluntary assistance issued in connection with the Hayman Investigation.

- Opening and Closing Reports, including "Case Closing Recommendation," "Matter Under Inquiry Summary," "Investigation Summary," and/or similar documents and/or reports (in draft or final form).

- Email communications between the following two email domains: "@sec.gov" and "@haymancapital.com"; in other words, email communication that are either:

Mr. Barrett R. Howell                        22-01760-FOIA
May 25, 2023
Page 2

      o  From  "@sec.gov" To "@haymancapital.com"; or
      o  From "@haymancapital.com" To "@sec.gov"

The enclosed 174 pages are released with the exception of third-party and staff names, email addresses and telephone numbers.  This information is withheld under 5 U.S.C. § 552(b)(6) and (7)(C), for the following reasons.

Under Exemption 6, the release of these records would constitute a clearly unwarranted invasion of personal privacy. Under Exemption 7(C), the release of the information could reasonably be expected to constitute an unwarranted invasion of personal privacy. Further, public identification of Commission staff could conceivably subject them to harassment in the conduct of their official duties and in their private lives.

In addition, we are withholding a seven (7) page case closing recommendation in full under Exemption 5, 5 U.S.C. § 552(b)(5). Since certain responsive information was prepared in anticipation of litigation, forms an integral part of the pre-decisional process, and/or contains advice given to the Commission or senior staff by the Commission's attorneys, it is protected from release by the attorney work-product, deliberative process and/or attorney-client privileges embodied in Exemption 5.

Please be advised that we have considered the foreseeable harm standard in preparing this response.

I am the deciding official with regard to this adverse determination.  You have the right to appeal my decision to the SEC's General Counsel under 5 U.S.C. § 552(a)(6), 17 CFR § 200.80(f)(1).  The appeal must be received within ninety (90) calendar days of the date of this adverse decision.  Your appeal must be in writing, clearly marked "Freedom of Information Act Appeal," and should identify the requested records.  The appeal may include facts and authorities you consider appropriate.

You may file your appeal by completing the online Appeal form located at https://www.sec.gov/forms/request_appeal, or mail your appeal to the Office of FOIA Services of the Securities and Exchange Commission located at Station Place, 100 F Street NE, Mail Stop 2465, Washington, D.C. 20549, or deliver it to Room 1120 at that address.

Mr. Barrett R. Howell                                    22-01760-FOIA
May 25, 2023
Page 3


        If you have any questions, please contact Tina Churchman of
my staff at churchmant@sec.gov or (202) 551-8330. You may also
contact me at foiapa@sec.gov or (202) 551-7900. You may also
contact the SEC's FOIA Public Service Center at foiapa@sec.gov
or (202) 551-7900.  For more information about the FOIA Public
Service Center and other options available to you please see the
attached addendum.



                        Sincerely,



                        Lizzette Katilius
                        FOIA Branch Chief


Enclosures

# ADDENDUM

For further assistance you can contact a SEC FOIA Public Liaison by calling (202) 551-7900 or visiting https://www.sec.gov/oso/help/foia-contact.html.

SEC FOIA Public Liaisons are supervisory staff within the Office of FOIA Services.  They can assist FOIA requesters with general questions or concerns about the SEC's FOIA process or about the processing of their specific request.

In addition, you may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA dispute resolution services it offers.  OGIS can be reached at 1-877-684-6448 or via e-mail at ogis@nara.gov.  Information concerning services offered by OGIS can be found at their website at Archives.gov.  Note that contacting the FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.

# EXHIBIT R

| From: | Osborne, Sonja <OsborneS@SEC.GOV> |
|---|---|
| Sent: | Tuesday, June 6, 2023 3:37 PM |
| To: | Meyer, Ryan J. |
| Cc: | Mallon, Carmen |
| Subject: | RE: 23-00207-FOIA |

*EXTERNAL EMAIL – EXERCISE CAUTION*
Good evening Mr. Howell,

We are still in the consultation process and are working toward finalizing your request.

Thank you for your continued patience.

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**   +1 202 551 8371
osbornes@sec.gov



---

**From:** Katilius, Lizzette <KatiliusL@SEC.GOV>
**Sent:** Friday, June 02, 2023 2:52 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>; Mallon, Carmen <mallonc@SEC.GOV>
**Subject:** 23-00207-FOIA

Hi Sonja, Ryan Meyer, copied on this message, called about the status of this request.   Please follow up with him next week. Thanks

# EXHIBIT S

| | |
|---|---|
| **From:** | Osborne, Sonja <OsborneS@SEC.GOV> |
| **Sent:** | Tuesday, June 13, 2023 3:12 PM |
| **To:** | Meyer, Ryan J. |
| **Cc:** | Mallon, Carmen; Caputo, Grace A.; Howell, Barrett R. |
| **Subject:** | RE: 23-00207-FOIA |

*EXTERNAL EMAIL – EXERCISE CAUTION*

Mr. Meyer,

It was nice speaking with you today.  As I mentioned in our conversation we are still in the consultation process.  Although, at this time I am unable to provide an anticipated completion date, we are working towards finalizing your request.

Thank you for your patience as we work through the process to provide you with a response to your request.

Thank you,

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**    +1 202 551 8371
osbornes@sec.gov



**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Tuesday, June 13, 2023 3:42 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Mallon, Carmen <mallonc@SEC.GOV>; Caputo, Grace A. <grace.caputo@katten.com>; Howell, Barrett R. <barrett.howell@katten.com>
**Subject:** RE: 23-00207-FOIA

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sonja,

Following up again on the below—can you advise of the date certain by which the SEC anticipates it will complete its review of these two transcripts?

Kind regards,

Ryan

**Ryan J. Meyer**
Partner

**Katten**

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

---

**From:** Meyer, Ryan J.
**Sent:** Thursday, June 8, 2023 9:56 AM
**To:** Osborne, Sonja <OsborneS@sec.gov>
**Cc:** Mallon, Carmen <mallonc@sec.gov>; Caputo, Grace A. <grace.caputo@katten.com>; Howell, Barrett R. <barrett.howell@katten.com>
**Subject:** RE: 23-00207-FOIA

Sonja,

Following up on the below, can you please provide a date certain by when the SEC estimates that it will complete its review of these two transcripts?

Kind regards,

Ryan

**Ryan J. Meyer**
Partner

**Katten**

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

---

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Tuesday, June 6, 2023 3:56 PM
**To:** Osborne, Sonja <OsborneS@sec.gov>
**Cc:** Mallon, Carmen <mallonc@sec.gov>; Caputo, Grace A. <grace.caputo@katten.com>; Howell, Barrett R. <barrett.howell@katten.com>
**Subject:** Re: 23-00207-FOIA

Sonja,

Thank you for the update. As you know, this request for only two testimony transcripts has now been dragged out for over a year, well past the constructive denial deadline. Indeed, the SEC has constructively denied this request for only two transcripts twice now—once in 2022 and now again in 2023 following our appeal of the first constructive denial.  Accordingly, can you please give me the SEC's estimated completion deadline for its review and production of these two transcripts?

We have no wish to end up in district court litigating what would appear to be an extremely simple FOIA request, but we also cannot allow this process to drag out indefinitely.

Do not hesitate to contact me at (214) 765-3627 if that would help expedite this process in any way.

Kind regards,

Ryan

On Jun 6, 2023, at 3:36 PM, Osborne, Sonja <OsborneS@sec.gov> wrote:

*EXTERNAL EMAIL – EXERCISE CAUTION*
Good evening Mr. Howell,

We are still in the consultation process and are working toward finalizing your request.

Thank you for your continued patience.

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**   +1 202 551 8371
osbornes@sec.gov



---

**From:** Katilius, Lizzette <KatiliusL@SEC.GOV>
**Sent:** Friday, June 02, 2023 2:52 PM
**To:** Osborne, Sonja <OsborneS@SEC.GOV>
**Cc:** Meyer, Ryan J. <ryan.meyer@katten.com>; Mallon, Carmen <mallonc@SEC.GOV>
**Subject:** 23-00207-FOIA

Hi Sonja, Ryan Meyer, copied on this message, called about the status of this request.   Please follow up with him next week. Thanks

```
===========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
===========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
===========================================================
```

# EXHIBIT T



**Katten Muchin Rosenman LLP**

**2121 N. Pearl Street
Suite 1100
Dallas, TX 75201
214.765.3681 tel
214.765.3602 fax**

**RYAN J. MEYER**
Ryan.Meyer@katten.com
(214) 765-3627 direct
(214) 765-3602 fax

July 3, 2023

<u>SUBMITTED ELECTRONICALLY</u>

Securities and Exchange Commission        **FREEDOM OF INFORMATION ACT**
Office of FOIA Services
Station Place                                       **APPEAL**
100 F Street NE
Mail Stop 2465
Washington, DC 20549

Re:       **FOIA Request No. 23-00207-FOIA dated November 1, 2022**

Dear Sir or Madam:

On behalf of United Development Funding ("UDF"), and pursuant to 5 U.S.C. §552(a)(6), undersigned counsel submits this ***second*** appeal of the Securities and Exchange Commission's ("SEC") adverse determination of UDF's Freedom of Information Act ("FOIA") request dated November 1, 2022. On January 17, 2023, UDF filed an appeal after forty-nine (49) business days had passed since its November 1, 2022 FOIA Request, which was well beyond the statutory time limits. Despite numerous requests for status updates and follow-ups, the Fort Worth Regional Office has, at every turn, thwarted, stymied, and stonewalled UDF's right to access materials that are clearly subject to FOIA. As of the date of this submission, it has been ***one hundred and sixty seven business (167) days*** since UDF submitted its November 1, 2022 FOIA request. The SEC's Office of FOIA Services, however, has not provided a response determination to UDF's FOIA request, within the statutory time limit in pursuant to 17 C.F.R. § 200.80(d).

The Fort Worth Regional Office, which possesses the information responsive to UDF's FOIA request, continues to refuse to cooperate with the applicable rules and deadlines in an effort to stonewall any attempt by UDF to obtain the records requested. There is absolutely no justification for withholding these records, nor has the Fort Worth Regional Office or the SEC's Office of FOIA Services even raised the possibility of an applicable exemption.

SEC FOIA Appeal
Request No. 23-00207-FOIA
July 3, 2023
Page 2

## I.     **Background**

In June 2018, UDF and five of its executives entered into settlement agreements with the SEC.[1]  The settlements, once approved by the Court, resolved an investigation by the SEC, which the SEC commenced on or around April 2014.  The SEC's investigation culminated in the filing of a settled complaint, which the SEC filed in the U.S. District Court for the Northern District of Texas, alleging that UDF had made untrue material statements, or omitted material facts, from January 2011 through December 2015 in connection with a series of investment funds (United Development Funding III, L.P. ("UDF III") and United Development Funding IV ("UDF IV")) that UDF operated during that period.[2]  UDF and the individuals neither admitted nor denied the allegations contained in the settled complaint.  The district court entered consent judgments against UDF and the executives on July 31, 2018, resolving all outstanding issues as to all parties, and completely resolving the SEC's enforcement investigation and proceeding.[3]

In 2014, around the same time that the SEC was investigating UDF, UDF became the target of a protracted campaign by Hayman Capital Management L.P. ("Hayman Capital"), led by founding principal Kyle Bass ("Bass"), to drive UDF's stock price as low as possible in order to maximize Hayman's and Bass's massive short position in UDF IV's NASDAQ traded shares.[4]  As a result of its short position, Hayman Capital stood to profit from a decline in UDF IV's stock price.[5]

On November 28, 2017, UDF filed a lawsuit against Hayman Capital and certain of its executives in Texas state court for disparagement and tortious interference arising from Hayman

---

[1] *See* Mots. for Entry of Judgment, *Securities and Exchange Commission v. United Development Funding III, et al.*, No. 18-cv-1735 (filed July 3, 2018 N.D. Tex.), ECF. Nos. 4-6.

[2] *See* Compl., *Securities and Exchange Commission v. United Development Funding III, et. al*, No. 18-cv-1735 (filed July 3, 2018 N.D. Tex.), ECF. No. 1.

[3] *See* Final Judgments, *Securities and Exchange Commission v. United Development Funding III, et. al*, No. 18-cv-1735 (filed July 31, 2018 N.D. Tex.), ECF. Nos. 11, 13, 15.

[4] UDF IV is one of the family of UDF Funds.  UDF IV was listed on the National Association of Securities Dealers Automated Quotations ("NASDAQ") exchange in July 2014.

[5] Hayman Capital eventually disclosed its short position in February 2016, nearly a year after it began to accumulate its short position, in a website it managed, called UDF Exposed. *See* https://udfexposed.com/disclaimer ("Hayman currently maintains a short position in the common stock of United Development Funding IV ('UDF').  Hayman will profit if the market price for common shares of UDF decline and, conversely, Hayman will lose money if the market price increases for the common shares of UDF.") (last visited January 25, 2019).

SEC FOIA Appeal
Request No. 23-00207-FOIA
July 3, 2023
Page 3

Capital's extended campaign to undermine UDF's reputation and market value.[6]  Through discovery in that proceeding, UDF learned that employees and agents from Hayman Capital had extensive communications with the Staff of the SEC (the "Staff") concerning UDF during the same period that Hayman Capital was seeking to damage UDF's market value.  Moreover, certain of those communications make clear that information Hayman Capital provided to the Staff related to the SEC's investigation of UDF; indeed, the communications concerned the same UDF funds and issues that were the subject of the SEC's aforementioned enforcement proceeding against UDF.

    a.    <u>UDF's April 2022 Request for FW-4313 Documents and Communications</u>.

On April 26, 2022 UDF, through undersigned counsel at Katten Muchin Rosenman LLP, submitted a FOIA request to the SEC seeking materials related to the Fort Worth Regional Office's investigation styled <u>In the Matter of Hayman Capital</u> (FW-4313) (the "SEC's Hayman Capital Investigation").  *See* <u>Ex. A</u>.  UDF's FOIA request centrally focused on communications between the Staff and Hayman Capital relating to the SEC's Hayman Capital Investigation.  In addition, UDF requested all testimony transcripts and exhibits related to the SEC's Hayman Capital Investigation.

UDF's April 26, 2022, FOIA request was assigned to FOIA Research Analyst Tina L. Churchman in the Office of Support Operations.  UDF's counsel promptly established a line of communication with Ms. Churchman, and has corresponded with her by email and by phone over a dozen times since submitting UDF's FOIA request on April 26, 2022.  *See e.g.*:

- <u>Ex. B</u> – August 2, 2022 email from Ms. Churchman to Fort Worth Regional Office enforcement attorney Dwight (Tom) Keltner requesting a status update and stating that "the FOIA office is still consulting with other staff regarding the request, and unfortunately, I could not provide a completion date."
- <u>Ex. C</u> – September 2, 2022 email from Ms. Churchman stating, "We are still consulting with the regional office.  I reached out to our liaison for a status / tentative response date and am awaiting a response."
- <u>Ex. D</u> – October 13, 2022 letter from Ms. Churchman informing UDF's counsel that the Office of FOIA Services "will be unable to respond to the request within the twenty day statutory time period, ***as there are unusual circumstances which impact on our ability to quickly process your request***." (emphasis added) . . . . "Investigatory records generally consist of transcripts of testimony, exhibits, and miscellaneous evidentiary materials."  The letter further informed UDF's counsel

---

[6] *See* Pl.'s Original Petition, *United Development Funding, L.P. v. Bass, et al.*, No. CC-17-06253-B (filed Nov. 28, 2017 Dallas Cnty. Ct. Tex.).

that the Office of FOIA Services had identified 7.6 GB of electronically stored records that may be responsive to UDF's FOIA request.  And went on to say that, "you may want to consider narrowing the scope of your request.  At present we anticipate that it may take ***thirty-six months or more before we can begin to process a request placed in our Complex track***." (emphasis added).

- Ex. E – November 1, 2022 email from Ms. Churchman informing UDF's counsel, among other things, that there are two testimony transcripts responsive to UDF's FOIA request for records in connection with In the Matter of Hayman Capital (FW-4313).  Ms. Churchman and UDF counsel discussed by phone the likelihood that the Fort Worth Regional Office maintained some form of document listing that would be instrumental in assisting UDF's counsel narrow the scope of the requests in order to avoid Complex Track designation and have to wait at least three years before the Office of FOIA Services even began its review of the potentially responsive information.

     b.    UDF's Narrow November 2022 Request for FW-4313's Two Transcripts.

Knowing that the Fort Worth Regional Office had two transcripts of testimony taken in connection with the SEC's Hayman Capital Investigation, UDF, through undersigned counsel, submitted a second FOIA request on November 1, 2022 requesting *only* the two transcripts from the SEC's Hayman Capital Investigation.  *See* Ex. F.  Based on the information provided by the Office of FOIA Services, this should have resulted in the production of just two (2) documents.

On that same day, the SEC sent an acknowledgement letter stating that it received UDF's FOIA Request, which had been assigned Case # 23-00207.  The acknowledgement letter further stated:

> Your request will be assigned to a Research Specialist for processing and you will be notified of the findings as soon as possible.  If you do not receive a response after thirty business days from when we received your request, you have the right to seek dispute resolution services from an SEC FOIA Public Liaison or the Office of Government Information Services (OGIS).  *See* Ex. G.

On January 5, 2023, UDF counsel once again reached out to Ms. Churchman requesting a status update.  Ms. Churchman responded that she had no update.  *See* Ex. H.

SEC FOIA Appeal
Request No. 23-00207-FOIA
July 3, 2023
Page 5

  b. <u>UDF's January 17, 2023 Appeal of its November 1, 2022 FOIA Request</u>.

  On January 17, 2023, after forty-nine (49) business days since UDF's counsel submitted the November 1, 2022 FOIA request seeking transcripts in connection with the SEC's Hayman Capital Investigation, UDF counsel filed an appeal to the Office of FOIA Services. *See* <u>Ex. I</u>. Nevertheless, the SEC and the Office of FOIA Services continue to stonewall UDF by denying UDF's appeal on February 14, 2023 and referring the request back to the Office of FOIA Services for further review and consultation. *See id*. UDF's counsel promptly established a line of communication with Sonja Osborne[7] and has corresponded with her by email and by phone over a dozen times since UDF's FOIA Appeal was denied and Request No. 23-00207-FOIA was returned to the Office of FOIA Services. *See e.g.*:

- <u>Ex. J</u> –On February 16, 2023, Ms. Osborne and UDF counsel discussed by phone that the requested transcripts would be received on or before March 16, 2023.
- <u>Ex. K</u>–March 23, 2023 email from Ms. Osborne, stating "I apologize for the delay in our response. Your request is actively being processed. My best estimate for a date of completion would be April 21, 2023."
- <u>Ex. L</u>—March 30, 2023 email from Ms. Osborne, stating "I am processing your request."
- <u>Ex. M</u>—April 11, 2023 email from Ms. Osborne, stating "no change at this time."
- <u>Ex. N</u>—April 20, 2023 email from Mark Tallarico, Senior Counsel in the SEC's Office of the General Counsel, stating "I will reach out to the FOIA staff about your timing concerns and ask that they complete their review of the transcripts as expeditiously as possible."
- <u>Ex. O</u>—May 4, 2023 email from Carmen Mallon, Branch Chief Office of FOIA Services for the SEC, stating "at this point we are still in review and consultation and are working toward the May 24, 2023 deadline."
- <u>Ex. P</u>—On May 25, 2023, the SEC issued a Final Reference letter regarding UDF's related FOIA Request No. 22-01760-FOIA, but did not make any reference to the November 1, 2022 FOIA Request or the transcripts.
- <u>Ex. Q</u>—June 6, 2023 email from Ms. Osborne, stating "we are still in the consultation process and are working toward finalizing your request."
- <u>Ex. R.</u>—June 13, 2023 email from Ms. Osborne, stating "we are still in the consultation process. Although, at this time I am unable to provide an anticipated completion date, we are working towards finalizing your request."

---

[7] On February 16, 2023 date, UDF's counsel was informed that Sonja Osborne was now handling FOIA Request 23-00207-FOIA and not Ms. Churchman.

SEC FOIA Appeal
Request No. 23-00207-FOIA
July 3, 2023
Page 6

To date, there has been no other communication from the Office of FOIA Services, much less any sort of determination, in response to UDF's November 1, 2022 FOIA request for two (**2**) testimony transcripts.  Though the SEC's Office of General Counsel ordered that the "FOIA Officer process this request as expeditiously as possible" on February 14, 2023, the Office of FOIA Services' and the Fort Worth Regional Office's continue to violate the applicable statutory deadlines, which constitute a constructive adverse determination.  *See* Ex. I.  Indeed, twenty-six (26) business days have elapsed from the Office of FOIA Services most recent estimated deadline of May 24, 2023 (which was before the Office simply gave up estimating when it could ever produce two transcripts).  UDF's counsel appeals this baseless constructive adverse determination and requests that the appellate review board order the production of the requested testimony transcripts within no less than two business days.

II.     **The SEC Failed to Provide a Determination Whether to Comply With UDF's FOIA Request Within Statutory Time Limits in Violation of 17 C.F.R. § 200.80(d).**

Pursuant to 17 C.F.R. §200.80(f)(1), a FOIA requester may appeal an adverse determination by the SEC's Office of FOIA Services to the Office of General Counsel.  The Office of General Counsel has authority to grant appeals where the determination of the Office of FOIA Services was in error.  *Id.* §200.80(f)(5).

Under FOIA, "[t]he strong presumption in favor of disclosure places the burden on the agency to justify the withholding of any requested documents."  *People for the Ethical Treatment of Animals v. United States Dep't of Health and Human Servs*., 901 F.3d 343, 349 (D.C. Cir. 2018) (quotations omitted).  Here, the Office of FOIA Services failed to meet that burden because the SEC has yet to make a response determination.  Specifically, it has been more than the statutory time limit of twenty business days (20) from the date of Office of FOIA Services received UDF's FOIA request.

As a general matter, a FOIA requester has the right to appeal any adverse determination denying a request.  5 U.S.C. §552(a)(6).  Not providing a response determination to a FOIA request within the statutory time limits is considered an adverse determination.  17 C.F.R. 200.80(d); *see also Machado Amadis v. U.S. Dep't of State*, 971 F.3d 364, 371 (D.C. Cir. 2020); *Bickel & Brewer v. I.R.S*., 2008 WL 4966655 at *4 n. 2 (N.D. Tex. 2008).  Pursuant to 17 C.F.R. § 200.80(d), a determination whether to comply with a FOIA request shall be made within twenty (20) business days from the date the Office of FOIA Services received a request for a record.  *Id.*

The Office of FOIA Services received UDF's request on November 1, 2022.  As of the date of this appeal, one-hundred-and-sixty-two (162) business days have transpired since the original request, meaning the Office of FOIA Services and the Fort Worth Regional Office have

SEC FOIA Appeal
Request No. 23-00207-FOIA
July 3, 2023
Page 7

been in violation of their respective statutory requirements for one-hundred-and-forty-two (142) days.

### III.   <u>Conclusion</u>

Given that the SEC has grossly and inexplicably exceeded the statutory time limit for responding to UDF's FOIA request and has repeatedly demonstrated a pattern of unreasonable delay, UDF respectfully requests that the SEC promptly release the records requested in its November 1, 2022 FOIA request, or, in the alternative, for those responsive records that are not produced, adequately substantiate the basis for its decision to withhold those specific records.

If any of the information sought herein is deemed to be nonpublic under FOIA or the SEC's implementing regulations, please identify the specific exemption and provide any reasonably segregable portion of such information after deletions of the portions which are considered nonpublic.  Please clearly delineate any and all redactions in such a manner so that the justification for each redaction is apparent.  If you withhold any documents in whole or in part, I request that you provide an estimate of the volume of records that are being withheld, as required by 17 C.F.R. §200.80(e)(5)(iv), as well as a log of those documents or portions of documents withheld.

I agree to pay all reasonable fees for the searching and reproduction of all documents and records falling within the scope of this request, up to $20,000. If you anticipate that the fees will exceed $20,000, please notify me before exceeding that amount.  If any expenses incurred by you in duplicating these documents must be covered by the requesting party under FOIA, please send the bill directly to me at the above address.

As we first indicated in our January 2023 appeal, this is an extremely time sensitive matter because the UDF executives' criminal convictions are currently on appeal to the United States Court of Appeals Court for the Fifth Circuit with the appellate panel still determining its ruling. Because of the extremely time-sensitive nature of this request, and the gross delay suffered by UDF thus far, I ask that you provide all documentation before July 14, 2023.   If, for any reason, you do not anticipate providing a complete response to this request by July 14, 2023, please notify the undersigned as soon as possible via telephone or email.

SEC FOIA Appeal
Request No. 23-00207-FOIA
July 3, 2023
Page 8

Respectfully Submitted,


/s/ Ryan J. Meyer
Barrett R. Howell
barrett.howell@katten.com
Ryan J. Meyer
ryan.meyer@katten.com
Grace A. Caputo
grace.caputo@katten.com
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street, Suite 2100
Dallas, TX 75201
Tel: (214) 765-3681

*Counsel for United Development Funding*

# EXHIBIT U



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

Stop 9613                                                                                     July 24, 2023

***Via electronic mail***
ryan.meyer@katten.com

Mr. Ryan Meyer, Esq.
Katten Muchin Rosenman LLP
2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

   Re: Appeal, Freedom of Information Act Request No. 23-00207-FOIA, designated on
      appeal as No. 23-00488-APPS

Dear Mr. Meyer:

   This responds to your July 3, 2023 Freedom of Information Act (FOIA) appeal regarding
the delay in the FOIA Office's response to your November 1, 2022 FOIA request.[1]  I have
reviewed your appeal and confirmed that the FOIA Office is still reviewing and processing your
FOIA request.  I am, therefore, remanding this matter to the FOIA Office and requesting that the
FOIA Office process this request as expeditiously as possible.  You may contact Carmen Mallon,
FOIA Branch Chief, at 202-551-7900, regarding the status of this matter on remand.

   If you have any questions regarding this determination, please contact Mark Tallarico,
Senior Counsel, at 202-551-5132.

       For the Commission
        by delegated authority,

       Melinda Hardy
       Assistant General Counsel for
        Litigation and Administrative Practice

---

[1] This is your second appeal relating to the timeliness of the FOIA Office's response to your request.  In response to
your January 17, 2023 appeal, this office confirmed the delay in processing your request and remanded the matter to
the FOIA Office with the instruction that the request be processed as expeditiously as possible.

# EXHIBIT V

| From: | Tallarico, Mark <tallaricom@SEC.GOV> |
|---|---|
| Sent: | Monday, July 24, 2023 4:14 PM |
| To: | Meyer, Ryan J. |
| Cc: | Caputo, Grace A.; Osborne, Sonja; Mallon, Carmen |
| Subject: | RE: SEC FOIA Appeal Decision - FOIA Appeal No. 23-00488-APPS |

*EXTERNAL EMAIL – EXERCISE CAUTION*

Ryan,

I wish I could give you a date, but I am not if the FOIA Office and not handling the request.  I have included Sonja and Carmen from the FOIA Office on the email string and they can provide you a better estimate on when you can expect a decision.  I will be off starting Wednesday and won't return until Friday, August 4th so Sonja and Carmen will be best options to contact.

**Mark Tallarico**
Senior Counsel
Office of the General Counsel

**OFFICE**    +1 202.551.5132
**MOBILE**    +1 202.577.2439
tallaricom@sec.gov


**U.S. Securities and Exchange Commission**

---

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Monday, July 24, 2023 3:19 PM
**To:** Tallarico, Mark <tallaricom@SEC.GOV>
**Cc:** Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** RE: SEC FOIA Appeal Decision - FOIA Appeal No. 23-00488-APPS

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mark,

Thank you for the decision and response.

Can you give me a date certain on what "very soon" is?  As you know, the request for these transcripts goes back over a year, and just these two transcripts have been under review since November 1, 2022—266 days for the review of 2 transcripts in an investigation the Commission closed without action.  As we discussed, I would like to avoid going to district court over this issue, but this delay is leaving my client without any other choices.

Kind regards,

Ryan

**Ryan J. Meyer**
Partner

**Katten**

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

**From:** Tallarico, Mark <tallaricom@SEC.GOV>
**Sent:** Monday, July 24, 2023 6:16 AM
**To:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** SEC FOIA Appeal Decision - FOIA Appeal No. 23-00488-APPS

*EXTERNAL EMAIL – EXERCISE CAUTION*

Ryan,

Attached please find the SEC's appeal decision for FOIA Appeal No. 23-00488-APPS (Request No. 23-00207-FOIA).  Please let me know if you have any questions concerning this decision.  Furthermore, I spoke with staff on Friday concerning the processing.  They are working with ENF staff to complete the review of the transcripts and it is anticipated that the response should be complete very soon.

Thank you.

**Mark Tallarico**
Senior Counsel
Office of the General Counsel

**OFFICE**      +1 202.551.5132
**MOBILE**      +1 202.577.2439
tallaricom@sec.gov



```
==========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
==========================================================
```

```
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
=========================================================
```

# EXHIBIT W

| From: | Osborne, Sonja <OsborneS@SEC.GOV> |
|---|---|
| **Sent:** | Tuesday, July 25, 2023 9:35 AM |
| **To:** | Meyer, Ryan J. |
| **Cc:** | Caputo, Grace A.; Mallon, Carmen; Tallarico, Mark |
| **Subject:** | RE: SEC FOIA Appeal Decision - FOIA Appeal No. 23-00488-APPS |

*EXTERNAL EMAIL – EXERCISE CAUTION*
Mr. Ryan,

We are in the consultation process and at this time my best estimate for a date of completion would be September 1, 2023.

Thank you very much for your patience as we work through the process to provide you with a response to your request.

**Sonja Osborne**
FOIA Lead Research Specialist
Office of FOIA Services (OSO/OFS)

**OFFICE**   +1 202 551 8371
osbornes@sec.gov



---

**From:** Tallarico, Mark <tallaricom@SEC.GOV>
**Sent:** Monday, July 24, 2023 5:14 PM
**To:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Cc:** Caputo, Grace A. <grace.caputo@katten.com>; Osborne, Sonja <OsborneS@SEC.GOV>; Mallon, Carmen <mallonc@SEC.GOV>
**Subject:** RE: SEC FOIA Appeal Decision - FOIA Appeal No. 23-00488-APPS

Ryan,

I wish I could give you a date, but I am not if the FOIA Office and not handling the request.  I have included Sonja and Carmen from the FOIA Office on the email string and they can provide you a better estimate on when you can expect a decision.  I will be off starting Wednesday and won't return until Friday, August 4th so Sonja and Carmen will be best options to contact.

**Mark Tallarico**
Senior Counsel
Office of the General Counsel

**OFFICE**   +1 202.551.5132
**MOBILE**   +1 202.577.2439
tallaricom@sec.gov



**U.S. Securities and
Exchange Commission**

---

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Monday, July 24, 2023 3:19 PM
**To:** Tallarico, Mark <tallaricom@SEC.GOV>
**Cc:** Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** RE: SEC FOIA Appeal Decision - FOIA Appeal No. 23-00488-APPS

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mark,

Thank you for the decision and response.

Can you give me a date certain on what "very soon" is?  As you know, the request for these transcripts goes back over a year, and just these two transcripts have been under review since November 1, 2022—266 days for the review of 2 transcripts in an investigation the Commission closed without action.  As we discussed, I would like to avoid going to district court over this issue, but this delay is leaving my client without any other choices.

Kind regards,

Ryan

**Ryan J. Meyer**
Partner

**Katten**

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

---

**From:** Tallarico, Mark <tallaricom@SEC.GOV>
**Sent:** Monday, July 24, 2023 6:16 AM
**To:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** SEC FOIA Appeal Decision - FOIA Appeal No. 23-00488-APPS

*EXTERNAL EMAIL – EXERCISE CAUTION*

Ryan,

Attached please find the SEC's appeal decision for FOIA Appeal No. 23-00488-APPS (Request No. 23-00207-FOIA).  Please let me know if you have any questions concerning this decision.  Furthermore, I spoke with staff on Friday concerning the processing.  They are working with ENF staff to complete the review of the transcripts and it is anticipated that the response should be complete very soon.

Thank you.

**Mark Tallarico**
Senior Counsel
Office of the General Counsel

**OFFICE**   +1 202.551.5132
**MOBILE**   +1 202.577.2439
tallaricom@sec.gov



========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
========================================================

# EXHIBIT X



**2121 North Pearl Street**
**Suite 1100**
**Dallas, TX  75201-2591**
**+1.214.765.3600 tel**
**katten.com**

RYAN J. MEYER
ryan.meyer@katten.com
+1.214.765.3627 direct
+1.214.765.3602 fax

## FREEDOM OF INFORMATION ACT REQUEST

September 7, 2023

**Via Express Mail**
Office of FOIA Services
100 F Street NE
Mail Stop 2465
Washington, DC 20549-2465

Ladies and Gentlemen:

This is a request under the Freedom of Information Act pursuant to Commission Rule 83 (17 CFR § 200.83) for the following documents (or documents containing the following information):

1.  All exhibits used during testimony sessions associated with the United States Securities and Exchange Commission's investigation styled In the Matter of Hayman Capital, FW-4313.

2.  All exhibits used during the testimony session on January 24, 2020 associated with the United States Securities and Exchange Commission's investigation styled In the Matter of Hayman Capital, FW-4313.

3.  All exhibits used during the testimony session on February 4, 2020 associated with the United States Securities and Exchange Commission's investigation styled In the Matter of Hayman Capital, FW-4313.

4.  All exhibits used during any voluntary assistance sessions conducted by the Staff of the United States Securities and Exchange Commission in connection with the United States Securities and Exchange Commission's investigation styled In the Matter of Hayman Capital, FW-4313.

I am willing to incur fees associated with fulfilling this request up to a maximum of $2,500.  If you estimate that the fees will exceed this limit, please inform me first.  Please let me know if there is any additional information I can provide to facilitate your response to this request.

Very kind regards,

Ryan J. Meyer

KATTEN MUCHIN ROSENMAN LLP

CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

# EXHIBIT Y



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC  20549-2465

**Office of FOIA Services**

September 8, 2023

Mr. Ryan J. Meyer
Katten Muchin Rosenman LLP
2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

  Re:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
    Request No. **23-03444-FOIA**

Dear Mr. Meyer:

  This letter is an acknowledgment of your FOIA request dated
and received in this office on September 7, 2023, for records
regarding In the Matter of Hayman Capital, FW-4313.

  Your request has been assigned tracking number 23-03444-
FOIA.  Your request will be assigned to a Research Specialist
for processing and you will be notified of the findings as soon
as possible.  If you do not receive a response after thirty
business days from when we received your request, you have the
right to seek dispute resolution services from an SEC FOIA
Public Liaison or the Office of Government Information Services
(OGIS).  A list of SEC FOIA Public Liaisons can be found on our
agency website at https://www.sec.gov/oso/contact/foia-
contact.html.  OGIS can be reached at 1-877-684-6448 or
Archives.gov or via email at ogis@nara.gov.

  In the interim, if you have any questions about your
request, you may contact this office by calling (202) 551-7900,
or sending an e-mail to foiapa@sec.gov.  Please refer to your
tracking number when contacting us.

  For additional information, please visit our website at
www.sec.gov and follow the FOIA link at the bottom.

    Sincerely,

    Office of FOIA Services

**From:** Lelma, Joan (Contractor) <lelmaj@SEC.GOV>
**Sent:** Tuesday, October 10, 2023 2:25 PM
**To:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** Seeking Clarification - 23-03444-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Good afternoon Mr. Meyer,

Your attached FOIA request has been assigned to me for processing.  You are requesting by virtue of number one, "all exhibits used during testimony sessions …"  However, you identified certain exhibits by way of numbers two to four.  Please clarify whether your request is for only the exhibits identified by virtue of numbers two to four, or you are requesting all the exhibits as described by number one and for emphasis you have specifically identified those of numbers two to four?

The processing of your request will be placed on hold until we receive the requisite clarification from you.  Also, please be advised that if I do not hear from you by close of business on **November 22, 2023**, we will assume that you have elected to not pursue your request and it will be administratively closed.

Thank you,


**Joan Lelma**
Research Specialist
Office of FOIA Services

**Phone**      +1 202 551 4805
lelmaj@sec.gov



U.S. Securities and
Exchange Commission

```
=========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
=========================================================
```

NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
============================================================

# EXHIBIT AA



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC  20549-2465

**Office of FOIA Services**

October 23, 2023

Mr. Ryan J. Meyer
Katten Muchin Rosenman, LLP
2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

     RE:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
         Request No. **23-03444-FOIA**

Dear Mr. Meyer:

    This letter is in reference to your request, dated and received in this office on September 7, 2023, for "the following documents (or documents containing the following information):

1. All exhibits used during testimony sessions associated with the United States Securities and Exchange Commission's investigation styled In the Matter of Hayman Capital, FW-4313.

2. All exhibits used during the testimony session on January 24, 2020 associated with the United States Securities and Exchange Commission's investigation styled In the Matter of Hayman Capital, FW-4313.

3. All exhibits used during the testimony session on February 4, 2020 associated with the United States Securities and Exchange Commission's investigation styled In the Matter of Hayman Capital, FW-4313.

4. All exhibits used during any voluntary assistance sessions conducted by the Staff of the United States Securities and Exchange Commission in connection with the United States Securities and Exchange Commission's investigation styled In the Matter of Hayman Capital, FW-4313."

    On October 20, 2023, you responded to our e-mail of October 10, 2023 seeking clarification to your request by stating the following. "We're requesting exhibits for all testimony sessions conducted by the Staff during the identified, concluded
Mr. Ryan J. Meyer                                 23-03444-FOIA

October 23, 2023
Page Two

investigation (which is request number one).  Requests 2-4 are
merely specific, illustrative requests because we know those two
testimony sessions were conducted."

     We will be unable to respond to your request within the
Freedom of Information Act's twenty day statutory time period, as
there are unusual circumstances which impact on our ability to
quickly process your request.  Therefore, we are invoking the 10
day extension.  These unusual circumstances are: (a) the need to
search for and collect records from an organization geographically
separated from this office; (b) the potential volume of records
responsive to your request; and (c) the need for consultation with
two or more other offices having a substantial interest in either
the determination or the subject matter of the records.  For these
reasons, we will process your case consistent with the order in
which we received your request.

     Please be advised, we are consulting with other Commission
staff regarding information that may be responsive to your
request.  We will advise you of our findings, as soon as we
receive a response.

     In the interim, if you have any questions, please contact
me at taylorf@sec.gov or (202) 551-8349.  You may also contact
me at foiapa@sec.gov or (202) 551-7900.

                    Sincerely,

                    Felecia Taylor

                    Felecia Taylor
                    FOIA Lead Research Specialist


Enclosure

# ADDENDUM

For further assistance you can contact a SEC FOIA Public Liaison by calling (202) 551-7900 or visiting https://www.sec.gov/oso/help/foia-contact.html.

SEC FOIA Public Liaisons are supervisory staff within the Office of FOIA Services.  They can assist FOIA requesters with general questions or concerns about the SEC's FOIA process or about the processing of their specific request.

In addition, you may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA dispute resolution services it offers.  OGIS can be reached at 1-877-684-6448 or via e-mail at ogis@nara.gov.  Information concerning services offered by OGIS can be found at their website at Archives.gov. Note that contacting the FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.

# EXHIBIT AB

| | |
|---|---|
| **From:** | Lelma, Joan (Contractor) <lelmaj@SEC.GOV> |
| **Sent:** | Monday, October 23, 2023 9:44 AM |
| **To:** | Meyer, Ryan J. |
| **Subject:** | RE: Seeking Clarification - 23-03444-FOIA |

*EXTERNAL EMAIL – EXERCISE CAUTION*
You are welcome, Mr. Meyer.

I do not have an estimated date of completion at this time.  However, based on my research, the Office of FOIA Services (OFS) will consult with one of our program offices concerning any records that might be responsive to your request.  I will be able to provide you with an estimated date of completion after we have received a response from our program office.

Sincerely,
Joan Lelma

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Monday, October 23, 2023 10:26 AM
**To:** Lelma, Joan (Contractor) <lelmaj@SEC.GOV>
**Subject:** RE: Seeking Clarification - 23-03444-FOIA

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, Joan!  Do you have an estimated date of completion of your review and release of any records?

Kind regards,

Ryan

**Ryan J. Meyer**
Partner

## Katten

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

**From:** Lelma, Joan (Contractor) <lelmaj@SEC.GOV>
**Sent:** Monday, October 23, 2023 9:25 AM
**To:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** RE: Seeking Clarification - 23-03444-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Good morning Mr. Meyer,

Thank you for providing the clarification.

Joan Lelma

---

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Friday, October 20, 2023 4:42 PM
**To:** Lelma, Joan (Contractor) <lelmaj@SEC.GOV>
**Subject:** RE: Seeking Clarification - 23-03444-FOIA

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Joan,

I'm sorry we keep playing phone tag!  We're requesting exhibits for all testimony sessions conducted by the Staff during the identified, concluded investigation (which is request number one).  Requests 2-4 are merely specific, illustrative requests because we know those two testimony sessions were conducted.

Does that make sense?

Thanks,

Ryan

**Ryan J. Meyer**
Partner

# Katten

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

---

**From:** Lelma, Joan (Contractor) <lelmaj@SEC.GOV>
**Sent:** Tuesday, October 10, 2023 2:25 PM
**To:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Subject:** Seeking Clarification - 23-03444-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*

Good afternoon Mr. Meyer,

Your attached FOIA request has been assigned to me for processing.  You are requesting by virtue of number one, "all exhibits used during testimony sessions …"  However, you identified certain exhibits by way of numbers two to four.  Please clarify whether your request is for only the exhibits identified by virtue of numbers two to four, or you are requesting all the exhibits as described by number one and for emphasis you have specifically identified those of numbers two to four?

The processing of your request will be placed on hold until we receive the requisite clarification from you.  Also, please be advised that if I do not hear from you by close of business on **November 22, 2023**, we will assume that you have elected to not pursue your request and it will be administratively closed.

Thank you,

**Joan Lelma**
Research Specialist
Office of FOIA Services

**Phone**      +1 202 551 4805
lelmaj@sec.gov



**U.S. Securities and
Exchange Commission**

```
==========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
==========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================
```

# EXHIBIT AC

.

| | |
|---|---|
| **From:** | Lelma, Joan (Contractor) <lelmaj@SEC.GOV> |
| **Sent:** | Tuesday, December 12, 2023 2:55 PM |
| **To:** | Tallarico, Mark; Meyer, Ryan J.; Taylor, Felecia; Katilius, Lizzette |
| **Cc:** | Caputo, Grace A. |
| **Subject:** | RE: Still Consulting Letter - 23-03444-FOIA |

*EXTERNAL EMAIL – EXERCISE CAUTION*
Good afternoon Mr. Meyer,

We are working on your request.  The program office has identified 45 exhibits responsive to your request, and we are in the process of collecting information concerning the volume of the records.  We will provide you with our response as soon as we receive all the requisite information.

Sincerely,

**Joan Lelma**
Research Specialist
Office of FOIA Services
**Phone**    +1 202 551 4805
lelmaj@sec.gov


**U.S. Securities and Exchange Commission**

---

**From:** Tallarico, Mark <tallaricom@SEC.GOV>
**Sent:** Tuesday, December 12, 2023 3:35 PM
**To:** Meyer, Ryan J. <ryan.meyer@katten.com>; Lelma, Joan (Contractor) <lelmaj@SEC.GOV>; Taylor, Felecia <TaylorF@SEC.GOV>; Katilius, Lizzette <KatiliusL@SEC.GOV>
**Cc:** Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** Re: Still Consulting Letter - 23-03444-FOIA

Ryan,

Staff in our FOIA Office are in a better position to give you an update on the status of this request. Although I do not know what the requested exhibits consist of, the processing of such exhibits typically take a longer time to process due to their nature and the need to review for confidential commercial business information and the need to obtain substantiation from the submitter to determine whether the records are protected under FOIA Exemption 4.

Regards,
Mark

---

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Monday, December 11, 2023 2:34 PM
**To:** Lelma, Joan (Contractor) <lelmaj@SEC.GOV>; Taylor, Felecia <TaylorF@SEC.GOV>; Tallarico, Mark

<tallaricom@SEC.GOV>
**Cc:** Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** RE: Still Consulting Letter - 23-03444-FOIA

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mark,

Following up on our last discussion, the thirty business day extended deadline for the SEC to respond with responsive records (or its reasoning for withholding those records) expired, at the latest, on December 6, 2023.  It is December 11, 2023 and we have received no further communication from the Office of FOIA Services regarding the status of this FOIA request nor a date certain by when we may receive records.  If we have not either received the responsive records from the SEC or a detailed explanation for the withholding by 5 pm EST on Friday, December 15, 2023, we will proceed to U.S. District Court since the SEC's failure timely to respond will have constituted an adverse determination.

Kind regards,

Ryan

**Ryan J. Meyer**
Partner

# Katten

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

-----Original Message-----
From: lelmaj@SEC.GOV <lelmaj@SEC.GOV>
Sent: Monday, October 23, 2023 1:03 PM
To: Meyer, Ryan J. <ryan.meyer@katten.com>
Subject: Still Consulting Letter - 23-03444-FOIA

EXTERNAL EMAIL – EXERCISE CAUTION

=========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
=========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).

============================================================

| | |
|---|---|
| **From:** | Meyer, Ryan J. |
| **Sent:** | Thursday, December 14, 2023 5:53 PM |
| **To:** | 'Katilius, Lizzette'; Lelma, Joan (Contractor); Tallarico, Mark; Taylor, Felecia |
| **Cc:** | Caputo, Grace A. |
| **Subject:** | RE: Still Consulting Letter - 23-03444-FOIA |

Lizzette,

Thank you for your time the last two days.  Based on our discussions, I understand that you've been able to quantify the first 18 exhibits as being approximately 300 pages, but the remaining exhibits (19-45) are still unknown in terms of size.  In order to hopefully move this process along you have requested, as of today, that the Fort Worth Regional Office send you all 45 exhibits, but you don't know when you might receive those.  Once you do receive those, you will let me know whether this falls over or under the roughly 1600 page limit to be designated as complex, which would put us into a three-year waiting period.  You also believe that you'll be able to give me a estimate on how long it may take the FOIA Office to review the records and reach its decision on what can be released once you receive the actual exhibits from the Fort Worth Regional Office.  The FOIA Office's determination will also be subject to Hayman's substantiation of its FOIA confidential treatment requests, which you expect to apply to some subset of the 45 documents.   As of today, though, you do not have sufficient information to give us an estimate of when the FOIA Office may respond to our request.

Thanks,

Ryan

**Ryan J. Meyer**
Partner

# Katten

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

---

**From:** Katilius, Lizzette <KatiliusL@SEC.GOV>
**Sent:** Wednesday, December 13, 2023 1:48 PM
**To:** Meyer, Ryan J. <ryan.meyer@katten.com>; Lelma, Joan (Contractor) <lelmaj@SEC.GOV>; Tallarico, Mark <tallaricom@SEC.GOV>; Taylor, Felecia <TaylorF@SEC.GOV>
**Cc:** Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** RE: Still Consulting Letter - 23-03444-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Ryan, as discussed, we've identified 45 exhibits and have a volume for exhibits 1-18.  We expect to receive information about exhibits 19-45 by tomorrow.  Once we have this additional information we can work on an estimated completion date.  As agreed, I will call you tomorrow at 2:30pm EST with an update.

Thank you,
Lizzette

Lizzette Katilius

U.S. Securities and Exchange Commission
Office of FOIA Services, Branch Chief
202-551-7910
https://www.sec.gov/page/foia

---

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Wednesday, December 13, 2023 1:23 PM
**To:** Katilius, Lizzette <KatiliusL@SEC.GOV>; Lelma, Joan (Contractor) <lelmaj@SEC.GOV>; Tallarico, Mark <tallaricom@SEC.GOV>; Taylor, Felecia <TaylorF@SEC.GOV>
**Cc:** Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** RE: Still Consulting Letter - 23-03444-FOIA

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Lizette,

I'm about to jump on a call now, but how about 2:30 EST?

Thanks,

Ryan

**Ryan J. Meyer**
Partner

# Katten

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

---

**From:** Katilius, Lizzette <KatiliusL@SEC.GOV>
**Sent:** Wednesday, December 13, 2023 12:20 PM
**To:** Meyer, Ryan J. <ryan.meyer@katten.com>; Lelma, Joan (Contractor) <lelmaj@SEC.GOV>; Tallarico, Mark <tallaricom@SEC.GOV>; Taylor, Felecia <TaylorF@SEC.GOV>
**Cc:** Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** RE: Still Consulting Letter - 23-03444-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*
Ryan, do you have a few minutes to go over your request?  I can call you whenever is convenient for you.

Thank you,
Lizzette

Lizzette Katilius
U.S. Securities and Exchange Commission
Office of FOIA Services, Branch Chief
202-551-7910

https://www.sec.gov/page/foia

---

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Wednesday, December 13, 2023 10:59 AM
**To:** Lelma, Joan (Contractor) <lelmaj@SEC.GOV>; Tallarico, Mark <tallaricom@SEC.GOV>; Taylor, Felecia <TaylorF@SEC.GOV>; Katilius, Lizzette <KatiliusL@SEC.GOV>
**Cc:** Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** RE: Still Consulting Letter - 23-03444-FOIA

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, Joan.

What information are you collecting regarding the volume of the records?  I presume these documents were bates-labeled, so it should be relatively simple to calculate the total number of pages at issue.  Beyond that question, what other "requisite information" do you need to provide us with a response since it is now a full week past the extended FOIA deadline?  Finally, what date certain do you anticipate being able to provide us with a response and/or the 45 requested records?

Thanks,

Ryan

**Ryan J. Meyer**
Partner

# Katten

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

---

**From:** Lelma, Joan (Contractor) <lelmaj@SEC.GOV>
**Sent:** Tuesday, December 12, 2023 2:55 PM
**To:** Tallarico, Mark <tallaricom@SEC.GOV>; Meyer, Ryan J. <ryan.meyer@katten.com>; Taylor, Felecia <TaylorF@SEC.GOV>; Katilius, Lizzette <KatiliusL@SEC.GOV>
**Cc:** Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** RE: Still Consulting Letter - 23-03444-FOIA

*EXTERNAL EMAIL – EXERCISE CAUTION*

Good afternoon Mr. Meyer,

We are working on your request.  The program office has identified 45 exhibits responsive to your request, and we are in the process of collecting information concerning the volume of the records.  We will provide you with our response as soon as we receive all the requisite information.

Sincerely,

Joan Lelma

Research Specialist
Office of FOIA Services

**Phone**       +1 202 551 4805
lelmaj@sec.gov



---

**From:** Tallarico, Mark <tallaricom@SEC.GOV>
**Sent:** Tuesday, December 12, 2023 3:35 PM
**To:** Meyer, Ryan J. <ryan.meyer@katten.com>; Lelma, Joan (Contractor) <lelmaj@SEC.GOV>; Taylor, Felecia <TaylorF@SEC.GOV>; Katilius, Lizzette <KatiliusL@SEC.GOV>
**Cc:** Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** Re: Still Consulting Letter - 23-03444-FOIA

Ryan,

Staff in our FOIA Office are in a better position to give you an update on the status of this request. Although I do not know what the requested exhibits consist of, the processing of such exhibits typically take a longer time to process due to their nature and the need to review for confidential commercial business information and the need to obtain substantiation from the submitter to determine whether the records are protected under FOIA Exemption 4.

Regards,
Mark

---

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Monday, December 11, 2023 2:34 PM
**To:** Lelma, Joan (Contractor) <lelmaj@SEC.GOV>; Taylor, Felecia <TaylorF@SEC.GOV>; Tallarico, Mark <tallaricom@SEC.GOV>
**Cc:** Caputo, Grace A. <grace.caputo@katten.com>
**Subject:** RE: Still Consulting Letter - 23-03444-FOIA

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mark,

Following up on our last discussion, the thirty business day extended deadline for the SEC to respond with responsive records (or its reasoning for withholding those records) expired, at the latest, on December 6, 2023.  It is December 11, 2023 and we have received no further communication from the Office of FOIA Services regarding the status of this FOIA request nor a date certain by when we may receive records.  If we have not either received the responsive records from the SEC or a detailed explanation for the withholding by 5 pm EST on Friday, December 15, 2023, we will proceed to U.S. District Court since the SEC's failure timely to respond will have constituted an adverse determination.

Kind regards,

Ryan

**Ryan J. Meyer**
Partner

## Katten

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com


-----Original Message-----
From: lelmaj@SEC.GOV <lelmaj@SEC.GOV>
Sent: Monday, October 23, 2023 1:03 PM
To: Meyer, Ryan J. <ryan.meyer@katten.com>
Subject: Still Consulting Letter - 23-03444-FOIA


EXTERNAL EMAIL – EXERCISE CAUTION

```
=========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
=========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
=========================================================
```